IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) CRIMINAL NO. 18-40043 JPG |
| | ) Title 18, United States Code, |
| | ) Sections 157 and 152(3) |
| KURT F. JOHNSON. | ) |
| Defendant. | ) |

**FILED JUL 1 1 2018**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

## INDICTMENT

**THE GRAND JURY CHARGES:**

1. **KURT F. JOHNSON** has resided in the Communications Management Unit "CMU" located in the U.S. Penitentiary in Marion, Illinois ("Marion"), within the Southern District of Illinois, since on or about August 29th, 2014.

2. WT is employed by the Federal Bureau of Prisons as the Warden of Marion. KH is employed by the Federal Bureau of Prisons as the Intelligence Research Specialist for the CMU at Marion. In connection with professional duties at Marion, each person has interacted with **KURT F. JOHNSON**.

### The Scheme to Defraud and False Certification

3. **KURT F. JOHNSON** devised a scheme to defraud WT and KH by using legal process in the bankruptcy court. On or about January 8, 2018, **KURT F. JOHNSON** caused involuntary bankruptcy petitions to be filed against WT and KH. Involuntary bankruptcy proceedings are a costly use of time and resources. Further, WT and KH could have had their consumer credit negatively impacted.

4. These involuntary bankruptcy petitions contained false, imaginary, farfetched

1

claims that WT and KH were each indebted to **KURT F. JOHNSON** in the amount of $20,000,000,000.00 pursuant to a judgment he claimed to have obtained against them in 2016 from the International Court of Justice. In and in relation to these involuntary bankruptcy petitions, **KURT F. JOHNSON**, acting through another person, knowingly and fraudulently made a false declaration, certificate, verification and statement under penalty of perjury as permitted under section 1746 of Title 28.

5. **KURT F. JOHNSON** offered no evidence whatsoever to demonstrate the existence of a debtor/creditor relationship between WT or KH and himself. **KURT F. JOHNSON** was unable to produce any proof that there was such a judgment from what he also referred to as the "World Court." In fact, there is no evidence of any such judgment because there is no such judgment. Petitioner **KURT F. JOHNSON** filed and certified these fraudulent petitions as part of his scheme to defraud WT and KH.

6. The United States Bankruptcy Court for the Southern District of Illinois dismissed these **KURT F. JOHNSON** petitions on February 21, 2018.

## COUNT 1
### Bankruptcy Fraud

7. Paragraphs 1 – 6 of this Indictment are hereby incorporated by reference as though fully set forth herein.

8. On or about the eighth day of January, 2018, in the Southern District of Illinois,

**KURT F. JOHNSON,**

defendant, with the intent to devise a scheme and artifice to defraud WT, through the filing of burdensome involuntary bankruptcy proceedings, and for the purpose of executing said scheme and artifice and attempting to do so, filed a fraudulent involuntary bankruptcy

2

petition under Title 11, United States Code, section 303; all in violation of Title 18, United States Code, Section 157.

## COUNT 2
### Bankruptcy Fraud

9. Paragraphs 1 – 6 of this Indictment are hereby incorporated by reference as though fully set forth herein.

10. On or about the eighth day of January, 2018, in the Southern District of Illinois,

**KURT F. JOHNSON,**

defendant, with the intent to devise a scheme and artifice to defraud KH, through the filing of burdensome involuntary bankruptcy proceedings, and for the purpose of executing said scheme and artifice and attempting to do so, filed a fraudulent involuntary bankruptcy petition under Title 11, United States Code, section 303; all in violation of Title 18, United States Code, Section 157.

## COUNT 3
### False Declaration in Bankruptcy

11. Paragraphs 1 – 6 of this Indictment are hereby incorporated by reference as though fully set forth herein.

12. On or about the eighth day of January, 2018, in the Southern District of Illinois,

**KURT F. JOHNSON,**

defendant, in and in relation to case number 18-40014 in the United States Bankruptcy Court for the Southern District of Illinois, did knowingly and fraudulently make a false declaration, certificate, verification and statement under penalty of perjury as permitted under section

1746 of title 28, that being, the false claim that WT was indebted to defendant; all in violation of Title 18, United States Code, Section 152(3).

## COUNT 4
## False Declaration in Bankruptcy

13. Paragraphs 1 – 6 of this Indictment are hereby incorporated by reference as though fully set forth herein.

14. On or about the eighth day of January, 2018, in the Southern District of Illinois,

**KURT F. JOHNSON,**

defendant, in and in relation to case number 18-40015 in the United States Bankruptcy Court for the Southern District of Illinois, did knowingly and fraudulently make a false declaration, certificate, verification and statement under penalty of perjury as permitted under section 1746 of title 28, that being, the false claim that KH was indebted to defendant; all in violation of Title 18, United States Code, Section 152(3).

A TRUE BILL

FOREPERSON

MICHAEL J. QUINLEY
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: $10,000 unsecured