# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>KURT F. JOHNSON,<br>*Defendant* | Case Number: 18-CR-40043-JPG |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KURT F. JOHNSON                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Counts 1 & 2:  Bankruptcy Fraud in violation of 18:157
Counts 3 & 4:  False Declaration in Bankruptcy in violation of 18:152(3)

Date: July 11, 2018

*Kailyn Kramer, Deputy Clerk*
*Issuing officer's signature*

City and state:   Benton, IL

JUSTINE FLANAGAN, Acting Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ .<br><br>Date: _____<br><br>                                        *Arresting officer's signature*<br><br>                                        *Printed name and title* |

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)