# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **MINUTES OF INITIAL APPEARANCE** |
| | ) | **AND ARRAIGNMENT** |
| | ) | |
| vs. | ) | Case No. 18-CR-40043-JPG |
| | ) | |
| **KURT F. JOHNSON,** | ) | **Date:** July 23, 2018 |
| | ) | |
| Defendant. | ) | **Location:** Benton |

**PRESENT:  HONORABLE REONA J. DALY, MAGISTRATE JUDGE**

**DEPUTY CLERK:** Jamie Melson          **REPORTER:** Chris Dohack

**COUNSEL FOR GOVERNMENT:** Michael J. Quinley, AUSA

**COUNSEL FOR DEFENDANT**: Pro Se

[x]   Defendant present in open court in BOP custody.

[x]   Defendant advised he would like to proceed Pro Se. Defendant questioned by the Court and is made fully aware of the hazards and disadvantages of self-representation. The Court finds the defendant has knowingly and voluntarily waived the right to counsel and permits the defendant to represent himself.

[x]   Defendant waives reading of charges and is advised of rights.

[x]   Defendant arraigned on [x] Indictment [ ] Information.

[x]   Plea:  [x] Not Guilty as to Counts <u>1-4 entered by the Court on defendant's behalf.</u>

[x]   Final Pretrial Conference set for **SEPTEMBER 11, 2018 AT 9:30 A.M.** before Judge Gilbert in Benton.  The defendant's presence is required.

[x]   Jury Trial set for **SEPTEMBER 24, 2018 AT  9:00 A.M.** before Judge Gilbert in Benton.

[x]   Defendant remanded to custody of USP Marion (BOP).

*\*No further notice will be given.*