# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>KURT F. JOHNSON,<br>*Defendant* | Case Number: 18-CR-40043-JPG |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   KURT F. JOHNSON                             ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Counts 1 & 2:  Bankruptcy Fraud in violation of 18:157
Counts 3 & 4:  False Declaration in Bankruptcy in violation of 18:152(3)

Date:  July 11, 2018

*Issuing officer's signature*  Kailyn Kramer, Deputy Clerk

City and state:   Benton, IL

JUSTINE FLANAGAN, Acting Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7-11-18, and the person was arrested on *(date)* 7-20-18
at *(city and state)* Benton, IL.

Date:  7-23-18

*Arresting officer's signature*  Lynn Steh

for Marion Co Sher. Dept
*Printed name and title*

AO-442  (Rev. 11/11) Arrest Warrant  MODIFIED SDIL(2/2012)