KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959


IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 18-cr-40043-JPG |
| Plaintiff, | ) | |
| V. | ) | **NOTICE OF NON-COMPLIANCE** |
| | ) | **AND FALSE RECORD** |
| KURT F. JOHNSON, | ) | |
| Defendant. | ) | |

Johnson as Executor for the estate KURT F. JOHNSON (defendant) received a copy of the ORDER REGARDING PRE-TRIAL DEISCOVERY on Monday the 30th of July, while being held as surety in the custody of Marion County Jail by and through the commercial dishonor of the settlement offer for discharge and closure of this account in accordance with Public Policy by REONA J. DALY in open court on 7-23-18.

Let it also be noted for reference for all public servants advancing this claim/account that Executor-Kurt-F.-Johnson's offer for full settlement and full discharge is a standing offer throughout these proceedings of dishonor and the Executor accepts all party dishonors as their waiver of sovereign immunity for violating public policy.

Because of this custory arrangement the Defendant found it impossible to comply with the above mentioned order. The County facility had a constitutionally deficient federal law library and writng materials could not be obtained until 8-3-18.

Custody was changed to CTU's (Counter Terrorism Unit) CMU facility on 8-1-18. Access was granted to the law library on 8-2-18. Discovery disc were supp-

lied on 8-2-18 also. Access to the disc reader is not available until 8-5-18. This is Executor's first opportunity to view discovery on behalf of the Defendant.

These custody conditions making compliance impossible is prejudicial to the Defendant and inequitable if the lost time is not restored by order of the court or properly considered in its discretion when untimely filings are received. If advocacy decisions are being made in the disquise of custody choices at the prejudice of Defendant this case will become substantially more complicated by multible parties representing the Defendant by and through varion expressed representative contracts ratified by performance and enforciable. Many with multiple conflicts of interest. Two emails have been attached as ensample of these potential developments. Mrs. Hill refused to supply an address necessary to the defense for the execution of 17(c) subpeonas. Based upon the scheduling order time is of the essence and the unnecessary delays of meaningles obstruction are very prejudicial. If Mrs. Hill is allowed to make advocacy decisions like this you can imagine the conflicts of her representation of the Defendant. The defense anticipates motions for Grand Jury transcripts andto dismiss the indictment for fraud and prosecutorial misconduct. All these intentions are precusers to the proper development of the trial. When manipulated by silly custody choices prejudice is extreme because advantage and disadvantage are doled out without equity.

## FALSE RECORD

Document 6 (Minutes) falsely represents that defendant is Pro Se which is not factual or accurate. Defendant is and has represented to the court that it will knowingly and voluntarily be represented by Executor-Kurt-F.-Johnson of the Estate Defendant. To presume otherwise presumes facts not in evidence. The prosecution made no objection or rebuttal to this arrangement and their charging instrument is vague and ambiguous on its face. Soon to be the subject of a Bill of Particulars. If the Bill fails to clarify the parties and claims an identity hearing will become necessary. Until facts are before this court presumptions

should be avoided or recorded as facts.

8-6-18                                   Respectfully Submitted,

                                         By: _____
                                         Executor-Kurt-F.-Johnson for KURT F.
                                         JOHNSON, Defendant.

FROM: 13177081
TO: CMU
SUBJECT: ***Request to Staff*** JOHNSON, KURT, Reg# 13177081, MAR-I-A
DATE: 08/02/2018 05:00:02 PM

To: Mrs. Hill
Inmate Work Assignment: n/a

In this instance you cannot treat me like other inmates. I am indicted because of your false testimony and obstructive practices. Denying me communication with everyone and then refusing to provide needed discovery is using your office in a malicious fashion. It is a simple internet task that is no expense to you. Both Duetsche Bank and Abu Dhabi Commercial Bank are related to my defense and necessary in a timely pretrial schedule. If you think this is a problem contact the prosecutor and see what he recommends. Thank you.
-----CMU on 8/2/2018 1:17 PM wrote:

>
Inmate Johnson, I can assure you that I will continue to treat you the same as I do all the other inmates. If it is something we do for the other inmates then we will still do it for you. But as you know, the only addresses we look up for inmates are government offices and buildings.

>>> ~^!"JOHNSON, ~^!KURT F" <13177081@inmatemessage.com> 8/2/2018 12:01 PM >>>
To: Mrs. Hill
Inmate Work Assignment: n/a

Since this is related to the criminal indictment should I bring it to the court's attention that you are uncooperative? let me know.
-----CMU on 8/2/2018 9:47 AM wrote:

>
We do not look up bank addresses.

Can you please supply me with the headquarters address for Duetsche Bank in Germany? Thank you.

TRULINCS 13177081 - JOHNSON, KURT F - Unit: MAR-I-A

---

FROM: 13177081
TO: CMU
SUBJECT: ***Request to Staff*** JOHNSON, KURT, Reg# 13177081, MAR-I-A
DATE: 08/03/2018 12:16:33 PM

To: Mrs. hill, Mr. Burgess
Inmate Work Assignment: n/a

I am still without a copy of my indictment that was taken from me at R&D. I am being handcuffed from preparing for trial and pretrial in any timely fashion by your inability to locate it and deliver it to me.

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959



⇔13177-081⇔
U S Dist Court
ROOM 104
750 Missouri AVE
EAST Saint Louis, IL 62201
United States

**NOTE: CTU and all ASSOCIATES:** The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

62201-295429

