KURT F. JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>V.    )<br>  )<br>KURT F. JOHNSON,  )<br>  )<br>         Defendant.  )<br>_____ ) | Case No.: 18-cr-40043-JPG<br><br>REQUEST FOR THE ISSUANCE OF<br>17(c) SUBPEONAS FOR RECORDS |

   The defense is seeking the issuance of seven 17(c) Subpeonas. The request for the subpeonas was first tendered at arraignment before Magistrate Daly and denied. Custody choices have already caused needless delay in a prejudicial fashion for this expidited pretrial schedule. For these reasons these appendices and USM-285 forms have been prepared for expiditing the clerk's ability to execute these subpeonas. The defense believe that another eight subpeonas will have to be executed. Please have the clerk mail them immediately for their swift preparation. The defense believes it is according to rule to have the responses directed to the clerk. However, even if this in not the case it is a necessity because of the obstructionist practices of this institution and the so-called victims. No USM-285 for has been supplied for the WORLD COURT since service will be done by clerk and mail and not the US Marshals. Much of this pretrial discovery is necessary not only for trial but pretail motions. Therefore time is of the essence.

August 8, 2018

Respectfully submitted,

By: _____
Executor-Kurt F.-Johnson for the
Defendant KURT F. JOHNSON.

page 1 of 1

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959



\*\*\*PRIVATE AND CONFIDENTIAL\*\*\*
\*\*\*SPECIAL LEGAL MAIL\*\*\*
\*\*\*INTENDED ONLY FOR THE RECIPIENT\*\*\*

⇔13177-081⇔
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

MAIL CLERK
US MARSHALS

**NOTE:** CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.



RECEIVED

AUG 13 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE