KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

CLERK OF THE COURT
301 W. MAIN ST.
BENTON, IL 62812
18-cr-40043-JPG

Re: Subpeonas for the production of records

Dear Clerk,

    I sent 7 17(c) subpeona last week and must deduce from the receipt of a response to one from the MATION COUNTY SHERIFF that they have been executed. Therefore I am sending 12 new subpeona for execution. However I must mention the fact that the received discovery was delivered by the FBI on 8-17-18 by hand. I cannot fathom a reason at law, rule, or equity whereby the prosecution and his investigators would be given access to the defenses discovery before or at all prior to disclosure by the defense. This is highly suspect of foul play and should be avoided in the future. If this was by your hand I do not think this is a fair method. If it is not I am wondering how the FBI inserted itself into the process. It should be also know that the defense is collecting evidence of obstruction and collusion between the FBI and the so called victims of this action. The chances of discovery being copied or tampered with are very high. Thanks for your attention in this matter. Let me know if there is anything I can do to assist you or expidite you in the performance of your function.

August 21, 2018

Sincerely,

By: _____
Executor-Kurt-F.-Johnson for
the defendant KURT F. JOHNSON.

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959



***PRIVATE AND CONFIDENTIAL***
***INTENDED SOLELY FOR THE RECIPIENT***
***SPECIAL LEGAL MAIL***

WED 22 AUG 2018

⇔13177-081⇔
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

MAIL CLEARED
US MARSHALS



RECEIVED

AUG 24 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

