KURT F. JOHNSON 13177-081
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case no.: 18-cr-40043-JPG |
| Plaintiff, | REQUEST FOR ISSUANCE OF 17(c) SUBPOENAS |
| V. | |
| KURT F. JOHNSON, | |
| Defendant. | |

The defense is seeking the issuance of 17(c) subpoenas and believe all are seeking relevant appropriate evidence that is necessary for the proper defense and pretrial considerations. That a rational inference can be made for the information sought that it reached toward the parties involved or the offenses charged in the indictment. The status of the defendant has yet to be addressed by the prosecution so identity evidence will certainly be necessary prior to trial since status must be determined before trial can occur. Further, some of the evidence in the interest of judicial economy could conclusively establish prosecutorial misconduct and perjured testimony before the Grand Jury, which if discoverable is providential for the proper termination of these proceedings. Due diligence is being pursued whenever possible through informal discovery requests. However, let everyone stop pretending that the secret little prison operation at the core of this case affords the defense normal avenues of phone, email, or outside contacts for assistance. The obstructions, blockades, rejections, confiscations, tampering with all forms of communications have their intentions in limiting. It is a very strange situation indeed when the presumed

vitims have control of the defendan'ts discovery, can make legal determinations, and have license to freely obstruct the presentation of the defense. These claims being nothing new in this district with these preseumed victims and fully briefed in the relevant bankruptcy cases.

19 subpoenas have been tendered, 1 has been issued, 2 are made moot by the government supplying them. Therefore the remaining 16 will be addressed in turn for proper issuance according to US v. Nixon, 418 US 683, 699-700(1974) and rule 17(c).

01. ELAINE C. DUKE

This request is precise and detainled. Not a general fishing expidition. The request is relevant and could be decisive. The government took the position that the WORLD COURT judgment is fance and delusional. They are the one's advancing delusion if not fraud by intentionally concealing their participation in the WORLD COURT proceedings. An accusation made in the bankruptcy proceedings and a viable defense. The bogus claim of the indictment and must be presumed presented to the Grand Jury in para. 5 "because there is no such judgment." is directly refuted by actual proceedings transpiring and the DHS participation. Current discovery has already revealed a witness for trial who has firsthand knowledge of the DHS participation through employee Andrew Feirstein with discoverable documentation.

02. LIBRARY OF CONGRESS

Due diligence is not afforded from this prison. The same treaty obtained by Senator Corey Booker's office from the Library was confiscated by the presumed victims in this case. If the law and the Senator's mailing is considered contraband what remedy is afforded for normal due diligence? The treaty is the underlying authorizing law for the WORLD COURT jurisdiction to hear the claim and would be far superior to mere denials of ignorance as a foundational basis for the opportunity for the proceeding that led to a judgment. It's re-

levance cannot be denied. For if one follows a law they are not criminal in their conduct. The subpoena for Kathy Hill seeks this confiscated treaty. However, there is no certainty it has not been destroyed or that she will be forthright. Therefore it original source should be compelled to supply it. If however the clerk, this court, or the prosecution wish to supply this law the subpoena would obviously be unnecessary. But if not the law which is necessary and not in the possession of the defense or available in any fashion is relevant to the defense, could be used for pretrial issues like motions in limine or judicial notice. The request is precise and not a general fishing expidition.

03.  INTERNATIONAL COURT OF JUSTICE

The entire premise of the governments case and the statutory element of 11 U.S.C. 303(b) is that no judgment exists and that no creditor/debtor relationships exist. The judgment is material and conclusive toward settlement of all claims, accusations or defenses. The full extent of the FBI's investigation according to provided discovery was a search of the WORLD COURT'S webpage. The Grand Jury was informed with GOOGLE certainty that no judgment exists. This can be rebutted with facts that correspond to reality and truth by the court records. Obviously it would be evidentiary. The defense understands that the subpoena would be unenforcible at the International address which is all that is known at this time by the defense. However there is also a New York, NY address. Judge Joan E. Donoghue is a New York resident, a US citizen, and was a government lawyer for FANNIE MAE prior to her judgeship. The government knows she is not an invention. These facts put her and the court within the reach of this court. It is also fair to assume that for the mere cooperation and good will the court will supply their public records. Due diligence has been tried by mail with no response. No other due diligence is available. The expense and delay of deposition will be avoided by the issuance of this subpoena.

04. **MICHAEL R. PUCKETT**

Is not only a party in privity as a judgment debtor with the presumed victims of this action but verbally admitted to having a copy of the judgment in question provided by DHS employee David Schleager. This was stated in a DHO hearing for Stephen Sherak and heard by Executor outside the office door and confirmed by Stephen Sherak's recollection. The evidence is relevant-material-impeachable. This cannot be construed as a general fishing expidition because the information sought is precise and directed. Further, he made legal determinations of criminal activity regarding the bankruptcy finings. There is no due diligence access for these probative documents.

05. **SHERIFF RICH STEVENSON and FBI AGENT JESCHKE**

These subpoenas were made moot by the prosecution securing the requested materials for their own discovery. however, this court should take notice that the prosecution argues against relevance and within days secures the same material for themselves. Is this the kind of disingenuous-bad faith-practices of should expect as conventional in this court?

06. **FAITH and STEPHEN SHERAK**

Were the only contact conduit Executor had to Jackie Sherak who handled the legal due diligence for the International Private Administrative Process outlined by the treaty. The presentation of the completed processes to WORLD COURT appointed Administrative Hearing Officer, in this instance a Jonatan Helmsford of the Netherlands, for treaty compliance. And the actual court proceedings after referral by Helmsford. Their documents speak directly to the issuance and existence of the judgment and statutory sufficiency of the legal entitlement adjudicated. Some of which is certainly impeachable for the presumed victims and actual criminal. Lastly these subpoenas are critical in that these witnesses have been and will testify to the government threatening them and intimidating them into not supplying these documents to Executor or any trusted custodian in order to promulgate their hypothetical theory of no judgment and fancy. These

subpoenas will provide relief from these threats as a legal requirement to provide that which is too dangerous to them personally to provide to date.

### 07. ELLIOT WEISNER

Was one of the attorneys employed by Jackie Sherak. Executor has been informed by Stephen Sherak that Weisner performed the original due diligence on the treaty and its process verifying its legal authority. Further is said to be in possession of some of the court documents and has yet to be threatened to the knowledge of Executor. The relevance of proving the process, the treaty compliance, the court proceedings, and the issuance and existence of the judgment when an indictment is founded upon the fantasy of its non-existence cannot be overstated.

### 08. CALIFORNIA SEC. OF STATE 7 DMV, FLORIDA MOTOR VEHICLES, NEW JERSEY VITAL

All 4 of these will provide evidence that speak directly from public records as to the status of the defendant. A status which has yet to be clarified by the prosecution or their charging instrument. Obviously this is a pre-trial issue by your own calendar which set the "status" conference for 9-11-18. No due diligence is available but the defense recognizes that the prosecution has the informal means of obtaining this information if they choose to make these subpoenas moot as they did the others.

### 09. DUETSCHE BANK

The bank's offer speaks directly to the existence of the judgment. In the commercial arena banks to not make offer for fabrication. The due diligence of a bank to make an offer of this magnitude must be presumed with a reasonable inference as thorough. Meaning invented judges, undocuments. and unverified judgments, and law will never solicit an offer. You can be sure their investigation was not as cursory as a GOOGLE/webpage search like that of the FBI's. Who are not seeking the truth of a matter just bolstering the fraudulent narrative proffered by the government.

10. ANGELA CLEMMONS

Has had direct contact with Stephen Sherak after his release from prison and could provide timeline evidence in regards to threats, exculpatory, and/or impeachment evidence in the authentication of testimony from Stephen Sherak which will be part of the trial.

11. POSTMASTER GENERAL

Many of the crimies and the continual concealment thereof of these presumed victim and this secret torrorist prison they help operate are related to the mails. Access to the courts is denied, legal materials are confiscated, mails are lost and stolen. The judgment outlines the general illegality of these units. Further the Postmaster General was the subject of the International Administrative Private Remedy Porcess through treaty as co-conspirator with these presumed victims. A copy of which was already provided in the discovery provided by Agent Jeschke. The status of these presumed victims and their legal authority will be impeachable for their pattern and practices especially in mail handling, and for their lack of credibility. This is not a general fishing expidition because it focuses directly on the parties behaviors, the judgment and administrative process, and the logical continuity, empirical relevance, and correspondence to the realities of relationships between real parties of interest. A suit was paid for but never litigated in your district because of the criminal handling of these mails by these presumed victims (see 15-cv-525-NJR) touching on long-standing issues of criminal conduct and relevance to the charged conduct.

12. WILLIAM TRUE and KATHY HILL

It is hope the relevance is obvious since both probably testified before the Grand Jury. This case squarely rests upon the veracity of their claims. Broad leeway should be given to address all the facts and practices that let upto and initiated the bankruptcy filing in question. Impeachment evidence will be found through their documents with these conspiring prevaricators.

## CONCLUSION

Every request has been offered in good faith. A good faith opportunity that has been soughts for over 2 years since Stephen Sherak is being intimidated and not able to provide the documents needed. These presumed victims with the forces and assistance of government have done all within their power to obstruct and deny Executor obtained proof of judgment. The bullshit needs to stop. Subpoenas are the oppropriate remedy now that they have taken their nonsense to its ultimate absurity of criminal accusation. If the judgment exist stop all the machinations for preventing this revelation. If it doesn't exist you have your criminal remedy. The subpoenas all have their goal in either directly or circumstantially evidencing the existence of the judgment and of course the legal entitlement to initiate 11 US.C.C 3039b) proceedings against any an all judgment debtors if applicable. It was for these two fraudulent victims. The subpoenas have been kept as narrow as possible. however, the facts of this case are far broader than the mere creditor/debtor relationship in dispute because the dispute is phony and only given life through fraud, deceit, threat, unlimited government resources and conspiratorial concert of the deep state. The body has only appeared under chains and the status of the defendant is still under question and must be answered before trial. All the evidence sought will be used to prepare for trial and their inspection is required for a proper presentation of the case at trial.

August 27, 2018

Respectfully submitted,

By: *[signature]*
Executor-kurt-F.-Johnson for
defendant KURT F. JOHNSON.

page 7 of 7

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959



NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

***PRIVATE AND CONFIDENTIAL***
***INTENDED SOLELY FOR RECIPIENT***
***SPECIAL LEGAL MAIL***

⇔13177-081⇔
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

MAIL CLEARED
US MARSHALS



RECEIVED
AUG 3 0 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE