KURT F. JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-cr-40043-JPG |
| Plaintiff, | REQUEST FOR MENTAL EVALUATION OF MR. MICHAEL J. QUINLEY |
| V. | |
| KURT F. JOHNSON, | |
| Defendant. | |

Executor-Kurt-F.-Johnson request this court submit Mr. Michael J. Quinley for psychological evaluation. Words, phrases, names, and definitions seem elusive to his cognative abilities. This request is made in good faith and concern that due process cannot be had if allowed to continue down this track.

Mr. Quinley has displayed a disturbing lack of comprehension of reality. There seems to be no ability to discern between truth and the lie, fiction and reality, cause and effect, time-sequence-tense, contradiction and non-contradiction, or the art of language for intelligibility and correspondence. I have grave concerns from a teleological and logical argument that Mr. Quinley is not mentally fit to conduct a trial. The very foundation of this country was laid upon the Declaration of Independence and its self-evident truths. If truth is not a self-evident mental construct for Mr. Quinley what point is an oath for office? How can he use the language in any intelligible means to convey or confer upon reality? What becomes of words like LAW, JUSTICE, EQUITY, and RIGHTS if there is no agreement as to meaning? What becomes of definitions if they are not fixed

as to meaning? Is it not a slippery slope when subjectivity of a sane or insane lawyer can argue "it depends on what the meaning of 'is' is'"? If there is no "is" how does one define "is not"? Tracking with Mr. Quinley through this minefield of incoherent language leaves the Executor stupified on any appropriate response. How can Quinley send his FBI investigators to the WORLD COURT webpage looking for the existence of a judgment he believes is an invention and center to this entire action and not simultaneously check to see if the Judge is an invention? Why would someone propose such an invention unless they could not comprehend reality or could not grasp truth? A very dangerous person to send before the Grand Jury because there is no way for it not to affect their independence. He has entertained in discovery and I believe plans to introduce terms like "sovereign-citizen" which is a contradictory oxymoron. How can a phrase like this have any relevance or meaning if it is a nullity epistemologically? Teleologically how can "due process" function if truth, justice, law, equity are mere words without objective correspondence to reality with logical consistency, empirical certainty, and experiential relevance? How can one exercise, defend, or preserve a right without knowledge of its origin, its purpose and function, and its relation to others if there is no agreement in language and understanding? The very intelligibility of language testifies of an intelligent mind behind it. Law an expression of language likewise testifies back behind the intelligence of the scribe to the moral imperatives that are inherent-self-evident. The charging instrument has made legal claims by style and words that do not correspond to reality. A Bill of Particulars seeking clarification has gone unanswered. It is believed that no agreement can be reached upon the charging instrument because Mr. Quinley is incompetent to define words-style-meaning and incapable of knowing the difference between the truth and lie. What is the relevance of evidence or lack thereof if it has no purpose of revealing the truth? Ignorance of truth is fatal to the functionality of due process of law. There can be no due process

if truth is subjective.

Delusion is a self-absorbed psychosis one that cannot be shared with another. To imagine another delusional by attributing invention to easily verifiable facts in reality is a self-diagnosis of delusion. Further Quinley is aware and believed a participant in the government's willful obstruction and concealment of the judgment from Executor. Facts offered by another in discovery and not the delusions of Executor. Executor cannot attribute willfulness to a mentally incompetent but does believe Quinley was hand selected as the perfect dupe to spearhead injustice, deceit, and contempt for truth. The alternative is just as bleak for if these corruptions are not through incapacity than they are of immorality, a debased and wretched mind. It leaves Quinley wiggling through procedures in saurian fashion as Zecharia Sitchin would call Reptilian. For these reasons it is believed that a mental compentence evaluation for Mr. Quinley is appropriate, necessary, and in the interest of justice in their ascribed meanings.

September 4, 2018

Respectfully submitted,

By: _____
Executor-Kurt-F.-Johnson for
KURT F. JOHNSON defendant.

FROM: Gasher, Byron
TO: 13177081
SUBJECT: RE: Bio of Judge Donoghue
DATE: 08/30/2018 06:56:55 AM

Judge Joan E. Donoghue

(Member of the Court since 9 September 2010; re-elected as from 6 February 2015)
Born 12 December, 1956, Yonkers, New York, United States of America.
Previous international law positions:
United States Department of State: 2007-2010: Principal Deputy Legal Adviser: The Senior career attorney of the Department of State (Acting Legal Adviser, January to June 2009); Advice to Secretary Clinton and President Obama on all aspects of international law; Advice on development, interpretation and application of international humanitarian law and human rights law; United States submissions in advisory proceedings in Accordance with International Law of the Unilateral Declaration of Independence by the Provisional Institutions of Self-Government of Kosovo (International Court of Justice); Advice on drafting, negotiation and implementation of resolutions of the Security Council, General Assembly and other United Nations bodies; Oversight of legal work related to the law of the sea, Antarctica, the Arctic, fisheries and the environment; Supervision of United States advocacy in Iran-United States Claims Tribunal and North American Free-Trade Agreement (NAFTA) investor-state arbitration; Head of delegation, bilateral claims negotiations with Iraq; Legal advice and congressional testimony regarding 2008 United States-Iraq Security Agreement and Strategic Framework Agreement; Implementation of President Obama's Executive Orders on Guantanamo, detention and interrogation; Oversight of treaty approval process, including testimony for advice and consent of United States Senate; Representative to United States-European Union Legal Dialogue; Representative to Council of Europe Committee of Legal Advisers.
George Washington University School of Law (2005): Adjunct Professor, Public International Law.
United States Department of State: 2000-2001: Deputy Legal Adviser: oversight of bilateral law enforcement cooperation; supervision of international economic issues, including international investment law and economic sanctions.
1994-1999: Assistant Legal Adviser for Economic and Business Affairs: legal adviser in negotiation of understandings with the European Community regarding United States economic sanctions and conflicts of jurisdiction; Litigation regarding sub-federal sanctions; Legal adviser and supervisor in investment negotiations (bilateral and Organization for Economic Cooperation and Development (OECD); Legal advice regarding OECD AntiCorruption Convention; Formulation of United States positions in NAFTA investor-state cases; Legal adviser in bilateral aviation negotiations.
1993-1994: Assistant Legal Adviser for African Affairs: legal advice on the transition to democracy in South Africa, including work with United States Congress to revise federal law; Advice related to establishment of the International Criminal Tribunal for Rwanda; Advice on recognition and state succession.
Council on Foreign Relations International Affairs Fellow and Visiting Professor, Boalt Hall School of Law, University of California at Berkeley (1992): research and writing on international environmental law and immunities law; Teaching of United States foreign relations law and international environmental law.
Georgetown University Law Center (1991): Adjunct Professor, Foreign Relations Law.
United States Department of State: 1989-1991: Assistant Legal Adviser for Oceans, Environment and Science: Legal adviser, negotiation of United Nations Framework Convention on Climate Change; Legal adviser, negotiation of Protocol Concerning Specially Protected Areas and Wildlife to the Cartagena Convention; Legal adviser, Meeting of the Consultative Parties to the Antarctic Treaty; Formulation of positions in General Agreement on Tariffs and Trade dispute settlement; Submission to United States Senate of United States-USSR treaty on maritime boundary; Representative to legal expert groups on liability for environmental damage; Head of delegation and legal adviser in fisheries negotiations.
1986-1989: Director, Office of Diplomatic Law and Litigation: head of office responsible for foreign state immunity, head of state immunity, immunity of diplomats and special missions immunity; responsibilities included legislative drafting, congressional testimony, litigation and negotiation of international agreements.
1986: Attorney, Office of Law Enforcement and Intelligence: negotiation of extradition and mutual legal assistance agreements; Legal advice related to international narcotics issues.
1984-1986: Attorney, Office of Inter-American Affairs: member, United States team in Nicaragua v. United States (International Court of Justice); United States-Cuba migration negotiations; Legal advice regarding implementation of Panama Canal Treaty.
Other professional experience: Freddie Mac, served as General Counsel and Corporate Secretary (2003-2005) and Associate General Counsel, Legislative and Regulatory Affairs (2001-2003). United States Department of the Treasury (1999-2000), Deputy General Counsel. Covington & Burling, Washington, D.C. (1981-1984) Federal court and administrative litigation.
Education: Boalt Hall School of Law, University of California, Berkeley, J.D., 1981; University of California, Santa Cruz, B..A. with Honors in Russian Studies; BA with Honors in Biology, 1978;

KURT F JOHNSON on 8/29/2018 7:37:22 AM wrote
Thanks, could you also send Donoghue's bio. It should be on the webpage also. But is not I'm sure its out there on the web.

to my recollection she used to be a lawyer for FANNIE MAE. hope you are well. I'm just trying to deal with the bullshit of a intentional lying government and their power and desire to conceal the actual truth.
-----Gasher, Byron on 8/28/2018 7:01 AM wrote:

>

1. President Abdalqawi Ahmed Yusef (From Somalia) 2. Vice-President Xue Hanqin (from China) 3. Judge Peter Tomka (from Slovakia) 4. Judge Ronny Abraham (From France) 5. Judge Mohamed Bennouna (From Morocco) 6. Judge Antonio Augusto Cancado Trindade (From Brazil) 7. Judge Doan E. Donoghue (from U.S..A re-elected Feb. 6, 2015) 8. Judge Giorgio Gaja (From Italy), 9.. Judge Julia Sebutinde (From Uganda) 10. Judge Dalveer Bhandari (From India), 11. Judge Patrick Lipton Robinson (From Jamaica) 12.. Judge James Richard Crawford (from Australia) 13. Judge Kirill Gevorgian (From Russian Federation) 14. Judge Nawaf Salam (From Lebanon) 15. Judge Yuji Iwasawa (From Japan) 16. Mr. Phillipe Couvreur (from Belgium, Registrar re-elected on Feb. 3, 2014 - Would have records on Judgments).

KURT F JOHNSON on 8/27/2018 7:21:55 AM wrote
Can you send me a list of judges from the International Court of Justice webpage? Thank you. If judge Donoghue has retired please send me a bio and her terms. I need this as soon as possible.

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

 

MAIL CLEARED
US MARSHALS

⇔ 13177-081 ⇔
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

RECEIVED

SEP 1 0 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE