KURT F. JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-cr-40043-JPG |
| Plaintiff, | NOTICE OF SETTLEMENT OFFER |
| V. | |
| KURT F. JOHNSON, | |
| Defendant. | |

On 7-23-18 Executor-Kurt-F.-Johnson on behalf of property interest-estate-KURT F. JOHNSON-defendant in open court before magistrate Daly made an offer of settlement of this claim 18-cr-40043-JPG which she dishonored in violation of Public Policy that provides a remedy throiugh HJR-192 and the UNIFORM COMMERCIAL CODE. After such dishonor which is not permissible within the limited enumerated powers of the sovereign immunity protections of the office she further acted as a trespassing party of interest by advocating for the parties. The very thing she disavowed upon the record.

Therefore Executor has accepted the charging instrument according to Public Policy in writing and presents it to Judge Gilbert who now stands in office with said claim to act in honor of dishonor. Executor is hampered by custodial issues from having equal access to the law and therefore cannot provide along with this written acceptance all the necessary tax documents that are required to be simultaneously submitted. However, Executor hereby makes the vow that if Judge Gilbert should choose to execute Public Policy according to the law of the land

and provide the 1099A informational return, the form-56 (in possession of a friend), the 2018 1096 form, the 2018 1040 form, the 2018 1040V form, and a money on account order, they will be promptly executed in honor for immediate settlement and discharge with the Treasury Department.

Executor has no desire to continue down these dishonor proceedings especially when honor is vigorously offered, and discharge of all liability is the intention. Therefore it is sincerely hoped that the errors of magistrate Daly are individual and not the conventional dogma of this court.

I Executor-Kurt-F.-Johnson ex justa causa vow according to my standing as a man before God with the integrity of word as a divine imperative will promptly execute the appropriate settlement forms when provided by the court with intentions of full settlement and full discharge of this account according to the self-evident truths upon which this nation was founded, that all men are created equal and that no man or the collected justice of men can make a slave of another. Neither can fraud create a right, therefore all men including Gibson and Executor must have a yes for yes and a no for no.

September 4, 2018

Respecfully submitted,

By: _____
Executor-Kurt-F.-Johnson for
KURT F. JOHNSON defendant.



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 18-40043-JPG |
| ) | Title 18, United States Code, |
| ) | Sections 157 and 152(3) |
| KURT F. JOHNSON. ) | |
| ) | |
| Defendant. ) | |

FILED
JUL 1 1 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

THE GRAND JURY CHARGES:

1. KURT F. JOHNSON has resided in the Communications Management Unit "CMU" located in the U.S. Penitentiary in Marion, Illinois ("Marion"), within the Southern District of Illinois, since on or about August 29th, 2014.

2. WT is employed by the Federal Bureau of Prisons as the Warden of Marion. KH is employed by the Federal Bureau of Prisons as the Intelligence Research Specialist for the CMU at Marion. In connection with professional duties at Marion, each person has interacted with KURT F. JOHNSON.

### The Scheme to Defraud and False Certification

3. KURT F. JOHNSON devised a scheme to defraud WT and KH by using legal process in the bankruptcy court. On or about January 8, 2018, KURT F. JOHNSON caused involuntary bankruptcy petitions to be filed against WT and KH. Involuntary bankruptcy proceedings are a costly use of time and resources. Further, WT and KH could have had their consumer credit negatively impacted.

4. These involuntary bankruptcy petitions contained false, imaginary, farfetched

claims that WT and KH were each indebted to KURT F. JOHNSON in the amount of $20,000,000,000.00 pursuant to a judgment he claimed to have obtained against them in 2016 from the International Court of Justice. In and in relation to these involuntary bankruptcy petitions, KURT F. JOHNSON, acting through another person, knowingly and fraudulently made a false declaration, certificate, verification and statement under penalty of perjury as permitted under section 1746 of Title 28.

5. KURT F. JOHNSON offered no evidence whatsoever to demonstrate the existence of a debtor/creditor relationship between WT or KH and himself. KURT F. JOHNSON was unable to produce any proof that there was such a judgment from what he also referred to as the "World Court." In fact, there is no evidence of any such judgment because there is no such judgment. Petitioner KURT F. JOHNSON filed and certified these fraudulent petitions as part of his scheme to defraud WT and KH.

6. The United States Bankruptcy Court for the Southern District of Illinois dismissed these KURT F. JOHNSON petitions on February 21, 2018.

## COUNT 1
## Bankruptcy Fraud

7. Paragraphs 1 – 6 of this Indictment are hereby incorporated by reference as though fully set forth herein.

8. On or about the eighth day of January, 2018, in the Southern District of Illinois,

**KURT F. JOHNSON,**

defendant, with the intent to devise a scheme and artifice to defraud WT, through the filing of burdensome involuntary bankruptcy proceedings, and for the purpose of executing said scheme and artifice and attempting to do so, filed a fraudulent involuntary bankruptcy

petition under Title 11, United States Code, section 303; all in violation of Title 18, United States Code, Section 157.

## COUNT 2
### Bankruptcy Fraud

9. Paragraphs 1 – 6 of this Indictment are hereby incorporated by reference as though fully set forth herein.

10. On or about the eighth day of January, 2018, in the Southern District of Illinois,

### KURT F. JOHNSON,

defendant, with the intent to devise a scheme and artifice to defraud KH, through the filing of burdensome involuntary bankruptcy proceedings, and for the purpose of executing said scheme and artifice and attempting to do so, filed a fraudulent involuntary bankruptcy petition under Title 11, United States Code, section 303; all in violation of Title 18, United States Code, Section 157.

## COUNT 3
### False Declaration in Bankruptcy

11. Paragraphs 1 – 6 of this Indictment are hereby incorporated by reference as though fully set forth herein.

12. On or about the eighth day of January, 2018, in the Southern District of Illinois,

### KURT F. JOHNSON,

defendant, in and in relation to case number 18-40014 in the United States Bankruptcy Court for the Southern District of Illinois, did knowingly and fraudulently make a false declaration, certificate, verification and statement under penalty of perjury as permitted under section

1746 of title 28, that being, the false claim that WT was indebted to defendant; all in violation of Title 18, United States Code, Section 152(3).

### COUNT 4
### False Declaration in Bankruptcy

13. Paragraphs 1 – 6 of this Indictment are hereby incorporated by reference as though fully set forth herein.

14. On or about the eighth day of January, 2018, in the Southern District of Illinois,

**KURT F. JOHNSON,**

defendant, in and in relation to case number 18-40015 in the United States Bankruptcy Court for the Southern District of Illinois, did knowingly and fraudulently make a false declaration, certificate, verification and statement under penalty of perjury as permitted under section 1746 of title 28, that being, the false claim that KH was indebted to defendant; all in violation of Title 18, United States Code, Section 152(3).

A TRUE BILL

FOREPERSON

MICHAEL J. QUINLEY
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond: $10,000 unsecured