IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KURT F. JOHNSON,<br><br>  Defendant. | Case No. 4:18-cr-40043-JPG<br><br>**MINUTES OF COURT**<br><br>Date: 9/14/2018<br><br>Place: Benton, IL |

PRESENT:  **HONORABLE J. PHIL GILBERT, U. S. DISTRICT JUDGE**

DEPUTY CLERK: Tina Gray          COURT REPORTER: Stephanie Rennegarbe

COUNSEL FOR PLAINTIFF(S): Michael J. Quinley

COUNSEL FOR DEFENDANT(S): Pro Se

PROCEEDING: Final Pretrial Conference and Motion Hearing

TIME:  2 hours

All parties as noted are present in open court.

This matter is before the Court on a final pre-trial conference and motions to issue subpoenas (documents 13 and 14).

After hearing arguments, the Court hereby rules as follows:

| GRANTED as to | QUASHED as to | Find as MOOT |
|---|---|---|
| **Honorable Joan Donoghue**<br>**Michael Puckett**<br>**Faith Sherak**<br>**Stephen Sherak**<br>**Elliot Weisner** | **Elaine C. Duke**<br>**Library of Congress**<br>**International Court of Justice**<br>**CA Sec of State 7 DMV**<br>**FL DMV Records Office**<br>**New Jersey Vital**<br>**Deutsche Bank**<br>**Angela Clemmons**<br>**Postmaster General** | **William True**<br>**Kathy Hill**<br>**Sheriff Rich Stevenson**<br>**FBI Agent Jeschke** |

1

Clerk of the Court is Ordered to issue Subpoenas.

The Motion for Mental Evaluation of Mr. Quinley (document 16) is hereby DENIED.

Jury Instructions are due by September 21, 2018.

Parties indicate this trial will take 2 days to try.

Jury Trial is scheduled for September 24, 2018 at 9:00 a.m. in Benton before the Honorable J. Phil Gilbert.

                                      THOMAS L. GALBRAITH
                                      ACTING CLERK of COURT

                                            By: s/ Tina Gray
                                             Deputy Clerk