# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KURT F. JOHNSON,<br><br>　　　　Defendant. | Case No. 4:18-cr-40043-JPG |

## ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

　　The Court hereby **ORDERS** that the parties tender their proposed jury instructions to the Court before this trial commences. Local Rule 51.1 requires that Seventh Circuit Pattern Instructions be used when available and appropriate. Whenever the Seventh Circuit Pattern Instructions do not contain an instruction on a subject, the parties shall propose an instruction that is simple, brief, impartial, and free from judgment.

　　On or before the day of jury selection, the parties shall submit proposed jury instructions in electronic format adaptable to Microsoft Word on a flash drive, which will be returned; or via electronic mail to JPGpd@ilsd.uscourts.gov; or as hard copies. The Court will no longer accept submissions on a CD-ROM or floppy disk. All proposed instructions shall be double-spaced, prenumbered, and identified as to their source.

　　As a matter of course, the following Seventh Circuit Pattern Instructions (2012) will be prepared by and given by the Court and referred to as Court's Instructions 1 through 12: Seventh Circuit Pattern Instructions 1.01, 1.02, 1.03, 2.01, 2.02, 2.03, 2.04, 3.01, 3.14, 7.01, 7.02 and 7.03. The Court also gives Seventh Circuit Pattern Instruction 10.10 prior to the presentation of the evidence. The parties need not include these instructions with those that they tender.

**IT IS SO ORDERED.**
**DATED: SEPTEMBER 17, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　*s/ J. Phil Gilbert*
　　　　　　　　　　　　　　　　　　　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**