KURT F. JOHNSON 13177-081
P.O. BOX 1000
MARION, IL 62959

SEP 19 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

V.

KURT F. JOHNSON,

Defendant.

Case No.: 18-cr-40043-JPG

REQUEST FOR ISSUANCE OF SUBPOENA

The defense seeks to compell JAMES MASSEY a former employee of the CMU who left in the middle of 2016. He is a judgment debtor of the relevant world court judgment. He also expressed to Johnson that he was leaving because of the un-ethical or even criminal conduct of the staff. The facts will speak to the case-in-chief of the defense about the criminal operation of these units and the basis of the judgment pursued through the world court processes. Further, Johnson made the attached offer of Waiver which will speak to the government's claim of harrasment motive while giving some time and sequence of perspective in relationship to state of mind, motive, and progression or development of the claim of judgment. Mr. Massey live in Paducah KY and has become a local county Deputy Sheriff. I am requesting he bring any documents that would speak to his malcontent with the actions of prison staff. (i.e. notes, complaints, emails, etc.) And his original copy of the Waiver.

September 19, 2018

Respectfully submitted,

By: ______________________
Executor-Kurt-F.-Johnson for
KURT F. JOHNSON Defendant.

## WAIVER OF CLAIM - NON-DISCLOSURE AGREEMENT

I, Executor-Kurt-F.-Johnson, Judgment Creditor of the judgment obtained through the World Court on February 11, 2016 known as the CMU Judgment against Judgment Debtor Mr. J. Massey, James Masses, of "Group Five", having come to a settlement agreement between the parties does hereby this notice waive the judgment claim. This waiver is unconditional as to the amount currently due at this signing, reserving the right to reassert the continuing operation portion of the claim against Judgment Debtor Massey for breach of the NDA.

## NON-DISCLOSURE AGREEMENT

Mr. James Massey, Judgment Debtor, by his acceptance of the settlement and the waiver of claim agrees not to disclose to any party the terms of such settlement except under the listed exemptions:

1. Upon receiving written consent from Judgment Creditor.
2. Any time after the cessation of operation of the CMU's this Non-disclosure terminates.

**NOTE:** This original notice shall be evidence of the Creditor's waiver. However, because ofthe nature of theft of legal documents and other limitations placed upon Judgment Creditor by the operation of the CMUs perfection of the record may be thwarted. Therefore any copy of or verbal attestation to shall be a viable defense against any assertion of claim made by Judgment Creditor or assigns.

March 15, 2016

Executor-Kurt-F.-Johnson

[END OF PAGE]

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

⇔13177-081⇔
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

**NOTE: CTU and all ASSOCIATES:** The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

RECEIVED

SEP 19 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE