IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cr–40043-JPG |
| ) | |
| KURT F. JOHNSON, ) | |
| ) | |
| Defendant, ) | |

**UNITED STATES OF AMERICA'S NOTICE OF INTENT
TO REQUEST JUDICIAL NOTICE**

Comes Now United States of America, by and through its attorneys, Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Michael J. Quinley, Assistant United States Attorney, and for its Notice of Intent to Request Judicial Notice, states as follows:

In order to prove the falsity of the Defendant's claim that he claimed to have has an enforceable judgment against William True and Kathy Hill, and others, which he claimed to have obtained from the International Court of Justice ("World Court") using a process supposedly established by a named treaty, the government has identified several sources that are self-authenticating, see Federal Rule of Evidence 902(5), and whose accuracy cannot reasonably be questioned. Examination of these sources will enable this court to take judicial notice that the claimed judgment and treaties do not exist.

Pursuant to Federal Rule of Evidence 201(b)(2),

> "The court may judicially notice a fact that is not subject to reasonable dispute because it:
>
> (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Also pursuant to Federal Rule of Evidence 201(d),

1

"The court may take judicial notice at any stage of the proceeding."

The first such source is the public website of the International Court of Justice, https://www.icj-cij.org/en linking to FAQ (Frequently Asked Questions). From this source, this Court can accurately and readily determine that:

> the Court has no jurisdiction to deal with applications from individuals, non-governmental organizations, corporations, or any other private entity. It cannot provide them with legal counseling or help them in their dealings with the authorities of any State whatever.

Likewise, linking to Sitemap and then to Judgments, Advisory Opinions and Orders, https://www.icj-cij.org/en/decisions this Court can accurately and readily determine that consistent with the limited jurisdiction of the International Court of Justice, there is no judgment, advisory opinion, or order of the International Court of Justice regarding Kurt F. Johnson, in 2016 or any other year.

The second such source is the public website of United States Department of State, which includes "Treaties in Force (TIF)", https://www.state.gov/s/l/treaty/tif/, an annual publication. From this State Department source, this Court can accurately and readily determine that the defendant's self-referenced "International Financial Transaction Grievance and Corporate Resolutions Treaty" does not exist. Likewise, this Court can accurately and readily determine that defendant's self-referenced the "International Administrative Private Remedy Process Treaty" does not exist.

The government will present paper printouts from these publications of public authorities with its first trial witness, Assistant United States Attorney (AUSA) Adam Hanna, who represented the victims William True and Kathy Hill in the bankruptcy court proceedings. AUSA Hanna reviewed these sources in the course of his representation and has reviewed each again in preparation for this trial. When

the court has been supplied with the necessary information, as previewed in this notice, the government will request that the court take judicial notice.

Respectfully submitted,

SEVEN D. WEINHOEFT
United States Attorney

*Michael J. Quinley*
MICHAEL J. QUINLEY
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, Illinois 62208-1344
618.628.3700
618.628.3730 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2018, I caused to be electronically filed **United States of America's Notice of Intent to Request Judicial Notice** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record. I hereby certify that I caused to be mailed the subject pleading to the defendant:

KURT JOHNSON
Reg. No. 13177-081
MARION
United States Penitentiary
P.O. Box 1000
Marion, IL 62959

Respectfully submitted,

*Michael J. Quinley*
MICHAEL QUINLEY
Assistant United States Attorney
