IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

\* \* \* \* \* \*

| | |
|---|---|
| United States of America, ) | CRIMINAL N0:18-40043-JPG |
| ) | DATE: 9/21/2018 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Kurt F. Johnson, ) | |
| ) | |
| Defendant(s). ) | |

NOTICE AND ORDER

J. PHIL GILBERT, U.S. District Judge:

The captioned case is set for a Jury Trial on September 24, 2018 at 2:00 p.m. before the Honorable J. Phil Gilbert, at the United States Courthouse, 301 West Main Street, Benton, IL 62812.

IT IS ORDERED that the Warden of the MCC New York, NY shall arrange to have witness, Stephen Sherak, Reg. No. 68555-066, present for the proceedings as noticed herein <u>via video conference</u>. Video Writ to issue.

s/J. Phil Gilbert, District Judge
J. PHIL GILBERT
U.S. DISTRICT JUDGE