UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

# VIDEO WRIT

**Case Name:**  **Case Number:**  **Type of Hearing:**
USA v. Johnson  18-40043-JPG  Jury Trial

**Length of Hearing:**
2 days

TO: THE WARDEN OF MCC New York

WE COMMAND that you make the following inmate(s) available at the designated Bureau of Prisons video conference facility to appear in the above proceeding before the HONORABLE J. Phil Gilbert, UNITED STATES DISTRICTJUDGE sitting at Benton, Illinois.

PERSONS TO APPEAR BY VIDEO
ORDER OF APPEARANCE

| Name | ID Number | Date to Appear | Time to Appear |
|---|---|---|---|
| Stephen Sherak | 68555-066 | 9/24/2018 | 2:00 p.m. |

Dated: September 21, 2018

THOMAS L. GALBRAITH, Acting Clerk of Court

By: *s/ Tina Gray*
Deputy Clerk

Faxed to:  Warden of  MCC New York
         cc:  Plaintiff

CRD-08
Rev. 4/12