KURT F. JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                Case no.: 18-cr-40043-JPG

    Plaintiff,                           EMERGENCY REQUEST FOR SUBPOENAS

V.

KURT F. JOHNSON,

    Dfendant.
_____/

    The defense having been severely disadvantaged by the government's trial strategy of delaying discovery requests and bill of particulars preventing the defense from moving the action or having adequate time for trial preparation while advancing for a speedy trial has caused this untimely and urgent request for subpoenas. The defense apologizes for this but was forced into this as un-avoidable.

c                         **FRANCIS SHEARFERR AUGUST COX**

    Cox is currently housed at CMU Terre Huate, moving there from CMU Marion in May-June 2018. Cox is relevant to the defense's case-in-chief which is the illegal operation of the units and the existence of World Court judgments. Cox used Stephen Sherak as a mediary for access to the World Court and it is believed received 2 judgments on 12-16-16 from an unknown judge known not to be Donoghue. Cox has his own documentation of his World Court dealing that remove the one-off narrative of the government's case. Johnson's current trial strategy is not to testify. Therefore Cox's similar situation can bring in or introduce evidence

page 1 of 5

that currently only Johnson can testify to. Cox has censorship issues including blocked contacts. Cox currently has litigation against Mrs. Hill for denying access to the press. Cox had a relationship with Rudy Davis now blocked. Cox can provide historical context of the formation of these processes that were brought to judgment having spent weeks of conversation on the subject matter with Johnson and Sherak while incarcerated. He will also speak to the character and motives of Johnson. He brings much to the defense which is valuable and cannot be duplicated by another. Having his own independent dealings with Stephen Sherak and the World Court may be needed for the veracity of Sherak's testimony or impeachment if relevant. The defense has been given no opportunity to speak with defense witnesses and is therefore blind as to what will be ultimately offered. This should be considered in the leeway of discretion used for a fair trial. Terre Haute is only about 3 hours drive and Cox is in custody. There is no prejudice or burden for him to be called. The address is 4200 Bureau Road North, Terre Haute, IN 47802 and his inmate number is 16179-006. The documents sought are all documents related to his dealings with the World Court and any communications he had with Sherak concerning the World Court processes.

## RUDY DAVIS

Rudy Davis is a reverend and now blocked contact. The government informed this court on 1-14-18 that they are providing discovery of all Youtube files believed to be uploaded upon Mr. Davis' channel. Youtube was not invented at the time of Johnson's incarceration so no knowledge of how it works is known. Statements made by Johnson and publicized are admissible and could be introduced by the government. So it could be contextually pertinate with Davis' first hand knowledge to have him address content. Furhter Davis can speak to many relationships that are relevant for the trier of fact to consider. First his relationship to Johnson can speak to character and state of mind. Second his relationship as reverend in prison ministry to other inmates in typical prison scenarios

and atypical prisons like the CMU's. Third he as an investigator has conducted his own research of the CMU's. Fourth he has his own relationship with William True and these experiences could impune a vital accusser in the government's case-in-chief in character and conduct. Fifth his civilian perspective cannot be introduced by any other witness and lends itself to a credibility far superior to the experiences of prisoners. Sixth the government has already provided recorded telephone calls in the Stevenson discovery between Davis and Johnson where these Bankruptcies and CMU's were discussed. One of which is a Skype video and is probably uploaded to Youtube. Finally Davis could have documents from CTU, CMU, Hill, True, and Knutson that inmates would never see and could expose a pattern and practice of deceit. All of this is relevant to the defense's case-in-chief. His address is P.O. BOX 2088, Forney, TX 75126, ruddavis@yahoo.com. The documents sought are any an all documents received from True related to the CMU's or any inmated incarcerated there. Any documents related to the operation of the CMU from your investigations that address the formation, operation, or legality of these units. Any direct communications you've had with Johnson that was not uploaded to your Youtube channel.

## TRACY KNUTSON

Tracy knutson is the senior legal advisor for the CMU's. She would advise Hill and True in the general operation of these units and specifically as to Johnson. She is copied on all of Johnson's civil and criminal proceedings by the courts. She would have first ahnd knowledge as to all legal and tactical decisions made about and for Johnson's relationship to Hill, True, CTU, and the FBOP. Hill and True will not be able to speak to the legal decisions made in regards to Johnson. Decisions like the confiscation of documents, meaning of documents confiscated, how to interpret bulletins from Central or Regional offices, CTU, or other agencies of government. She can speak directly as the authority on policies and the implementation thereof. The illegality of these units

as part of case-in-chief will need direct examination from a competent witness on the legality of their operation. Hill and True will most likely not be able to reach this level of understanding and authority. The authority of law requires further examination than "I was just following orders" of employees, as expected from Hill and True. Knutson is present at most of the quarterly shakedowns of these units where most of the documents are stolen from inmates along with Katherine Seireveld her subordinate. Knutson eliminates Seireveld as a redundant witness. Knutson is at the marion CMU at least 4 times per year from Dallas Texas area so it can't be a burden that would prejudice the government. The government knows her contact information. The documents sought would be any policy statement relevant specifically to the CMU's. Any legal treatise on the due process requirements for entering this unit. Any program directives that outline the program operation of the CMU's as to how one volunteers, qualifies, and is expelled from the program. Any an all documents that were specific to Johnson in the course of your employment.

## JACQUELINE SHERAK

Jacqueline Sherak (Jackie) played a crucial role in the World Court proceedings and the commercial sale of 2 judgments issued by Judge Donoghue. She hired lawyers and acted as a broker for the commercial paper. Though she worked with Stephen and informed him of events there is no way Stephen can testify to people and events he could not have participated in while incarcerated. Most of the activity related to these processes where done during the time of Stephen's incarceration. She has her own records and actions taken as regards to the World Court and banking proceedings. She is directly responsible for the $281 million offer from her employer Abu Dhabi Commercial Bank. It is believed she still possesses copies of the judgments, banking, and proceeding documents which Faith and Stephen appear to have dispossessed themselves of because of threat. Though she lives abroad and was out of reach of threat and is unavailable the

page 4 of 5

defense wants her to be considered a necessary witness in the likelihood that she is in the States and makes herself available for trial. Her availability can be induced quickly from Faith and Stephen during their appearance and a quick response to this information could timely compel this critical witness. Obviously Jackie's necessity is limited to a trial where Donoghue has not validated the judgment or the proceedings and the defense has to defend these accusations circumstantially as opposed to directly.

### ADAM E. HANNA

Adam Hanna was the AUSA that represented Hill and True in the bankruptcy proceedings. As a member of the DOJ he is a representative of the UNITED STATES. His intentional misrepresentations in the banruptcy proceedings in violation of Rule 9011 and his advice to Hill and True to take the deceptive course for their defenseled directly to the court being misguided and this criminal prosecution. Johnson put Hanna on notice of these violations by direct communication. Hanna was in a position ofresponsibility to verify the World Court proceedings and judgment because the DOJ through DSH participated in the proceedings. You cannot have the UNITED STATES take one position in one court and a contrary position in another court. Instead he preferred to saddle Johnson with the heavy burden of criminal prosecution to obtain the discovery needed to overcome the concerted efforts of federal employees in the continuing criminal enterprise of the operation of these illegal custody units. His involvement and overt acts speak directly to the defense's case-in-chief and the conspiratorial effort to prevent Johnson from obtaining the judgment and thereby delaying or preventing the enforcement thereof. Hanna is from the same office as Quinley and should be readily available without much burden. Hill and True cannot fully speak to the motices and actions of Hanna aas clients, dupes, or willing co-conspirators. The documents sought would be any direct communications outside of filed documents that you received from Johnson.

September 17, 2018

Respectfully submitted,

By: _____
Executor-Kurt-F.-Johnson for
KURT F. JOHNSON Defendant

page 5 of 5

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

SAINT LOUIS MO 630

19 SEP 2018 PM 5 L

⇔ 13177-081 ⇔
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

62812–136201

**RECEIVED**

**SEP 2 1 2018**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE