KURT JOHNSON 13177-081
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                Case No.: 18-cr-40043-JPG

    Plaintiff,                           FORMAL OBJECTION TO FALSE DESIGNATION
                                         THE MAN BEING THE DEFENDANT
V.

KURT JOHNSON,

    Defendant.
_____/

    Executor-Kurt-F.-Johnson formally objects to the presumptions without evidence that he in his self is the defendant. Claiming "that ship has sailed" does not make it a valid launch when it has sailed under the false flag of piracy in admiralty. Executor has no relationship with the UNITED STATES by which to enter into a controversy or subjegation. The Constitution of the uNITED STATES though preambled by the People was precisely enumerated as a centralized unity of the States. The People gained no rights or privileges from the Constitution. They remained nationals of their respective States and free in their life, liberty, and pursuit of property. They set the barriers of prohibition between the centralized unity and themselves through the 9th and 10th amendments. These 2 Amendmentsdid not create the barrier but were offered as restatements of clarification. The States' interest being distinct from the unity and the People according to the self-evident laws of God created this barrier. There has never been a concurrence of criminal jurisdiction of the unity with the States. The redundancy and double jeopardy being obvious. There is no concurrence territory of the unity and the States except as a mental construct of fiction at the real-

ity of property the unity has its 10 sq. miles and any other territories or property ceded by the States.  Therefore the acts of the unity congress can only bind their agencies, citizens, subjects, or the States, never the People.  Title 18 has no force an effect upon the States and is irrelevant to the People who have no relationship witht he unity.  The only criminal jurisdiction enumerated in the Constitution are those unique to the combined exposure of the States to equal injury.  Examples of couterfeiting, treason, piracy, taxation-indirect are all intended for equality, fair play, and the proper weights and measures of commerce for unified bargaining among the States and the States with foreign interest.  As one of We-the-People Executor-Kurt-F.-Johnson as a New Jersey National is not and never could be in the venue of the unity, a subject or citizen of the unity, or under the criminal jurisdiction of Title 18.  Title 18 if properly passed, which it was not, would have no force an effect upon a New Jersey National and the unity congress has no extraterritorial jurisdiction to violate the equality of the States by the injury of selective prosecution, treason through usurpation of the republican form of government, and the trespass upon States' property interest, which includes the commercial value of it Nationals.  The 3 separate branches of government are required to remain within their enumerated power.and they cannot venture out of their proper function.  This is a positive duty that is enforceable by the People and the States.  The indictment of a New Jersey National violates this duty.  It is a nullity absent any lawful authority.

    However, Executor-Kurt-F.-Johnson being cognizant that the unity did create fictional vessels of commerce called persons, US Citizens, beneficiaries/Cestue Que trusts for the benefits and privileges of counterfeit currency as transmitting utilities is aware of the partition of separation at HJR 192 whereby Public Policy dictates the discharge of any debts incurred in the currents of counterfeiting by the representatives of the People who are subsequent to the People who are first to attach at the birthing of this vessel, if a proper acceptance and discharge has been tendered for settlement of the claim.  Executor-Kurt-F.-

Johnson did tender such a proper settlement for this claim. (see Notice of Dishonor) This unity prohibited as a proper functing republic from making any claims upon We-the-People an as an incorporated democracy floating upon the currents of counterfeiting from dishonoring an authentic settlement offer for setoff and/or discharge. If and when the unity ventures into these prohibitions they are forbidden acts of treason, outside their sovereinty immunity, and can create no right through such a fraud.

Executor-Kurt-F.-Johnson informed Magistrate Daly from the first non-voluntary appearance and the first presentation of the charging instrument. Executor has evidence available in the public records of the legal and distinct differences and relationships between reality and fiction. This court has refused this evidence through obstruction preferring to advance presumption, fraud, and dishonor. This objection is formally made as an immediate and continuing objection until the dishonor is cured. Executor is not the defendant, is precluded by law and facts from ever being the defendant, and disclaims such an absurd presumption. Executor is a proper designation while pro se and pro'per are intentional misrepresentations for deceit.

September 18, 2018

Respectfully submitted,

By: _____
Executor-Kurt-F.-Johnson for
KURT F. JOHNSON defendant.

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

SAINT LOUIS MO 630

19 SEP 2018 PM 5 L

✧13177-081✧
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

62812-136201

**RECEIVED**

**SEP 2 1 2018**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE