KURT F. JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 18-cr-40043-JPG |
| Plaintiff, | NOTICE OF EXPERT WITNESS |
| V. | |
| KURT F. JOHNSON, | |
| Defendant. | |

The defense wishes to have Judge Joan E. Donoghue also considered an expert witness as to matter of International Law and Treaties. Her qualifications are beyond repute with this court and based upon comments fo Quinley on 9-14-18 in court it appears a stipulation to these qualifications is highly likely. This request is made in accordance with FRCP 16(g) and Rules of Evidence 702, 703, and 705. The direct examination may enter into questions of expertise and therefore this designation should be noticed in advance. We all know it is highly unlikely that Donoghue will be testifying for if she provides the judgment the indictment will become moot. If she does not a motion to quash will most likely be granted. Her involvement is direct and not circumstantial. If the trial goes circumstantial she'll become irrelevant as a defense witness. Though this request is made for a rare set of event it must be made in the interest of caution and fair play.

September 17, 2018

Respectfully submitted,

By: _____
Executor-Kurt-f.-Johnson for
KURT F. JOHNSON Defendant.

page 1 of 1

```
KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959
```

SAINT LOUIS MO 630

19 SEP 2018 PM 5 L



⇔13177-081⇔
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

62812-136201

**RECEIVED**

SEP 21 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE