KURT F. JOHNSON 13177-081
P.O. BOX 1000
MARION, IL 62959

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT FO ILLINOIS

UNITED STATES OF AMERICA,                    Case No.: 18-cr-40043-JPG

    Plaintiff,                              NOTICE OF DISHONOR

V.

KURT F. JOHNSON,

    Defendant.
_____/

Executor-Kurt-F.-Johnson in has capacity to settle all claims made upon his transmitting utility KURT F. JOHNSON having been dishonored by Magistrate Daly took the first opportunity to make a formal offer of settlement to Judge J. Gilbert in accordance with public policy upon the record. The commercial acceptance time having expired in silence is accepted as a dishonor. Executor is demanding that Judge Gilbert, Magistrate Daly having surrendered their bench by violating public policy place their oaths of office and fidelity bonds upon the record. It is further demanded that Michael Quinley and his entire prosecutorial team place their duly executed OPM-SF-61 forms upon the record with their fidelity bonds. Executor reserves all rights for the deprivation of rights and all remedies offorded at law with equitable tolling until such time as the kidnapping, consealment, obstruction, collusion, and censorship instituted through the CMU program and facility ceases.

September 18, 2018

Respectfully submitted,

By: _____
Executor-Kurt-F.-Johnson for
KURT F. JOHNSON Defendant.

page 1 of 1

KURT JOHNSON 13177-081
UNITED STATES PENITENTIARY
P.O. BOX 1000
MARION, IL 62959

SAINT LOUIS MO 630

19 SEP 2018 PM 5 L

◇13177-081◇
U S Dist Court
301 W MAIN ST
Benton, IL 62812
United States

NOTE: CTU and all ASSOCIATES: The use of your criminal mail system by necessity is not acceptance and no claim of injury is hereby waived.

62812-136201

**RECEIVED**

SEP 2 1 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE