Byron Gashler
14876 Washington Rd. # 23
West Burlington, Iowa 52655
Phone: (385) 355-0383 (cell)
Email: mogel007@gmail.com

September 22, 2018

United States District Court
Southern District of Illinois
301 West Main Street
Benton, IL 62812

Re: Case No. 18-CR-40043-JPG

Dear Clerk of Court:

Kurt F. Johnson, the defendant in the above criminal case has asked me to put this paperwork as evidence into the Court Record.

He also asked me if you could deliver in person a copy of all 3 pages of this paperwork to him at his trial scheduled on September 25, 2018 as he doesn't have copies of this paperwork in his possesesion which is crucial evidence in his criminal trial to prove his innocence.

Kurt F. Johnson has maintained his sincere belief that he has administrative judgments given in his favor by the World Court in the Netherlands totalling over 20 Billion Dollars. Obviously, if these judgments aren't real, Abu Dabi Bank would never have made a legitimate written offer of 281 million in cash to purchase one of the smaller judgments in his favor. This representation that the judgment(s) are real was given to Kurt F. Johnson mother and also to me by emails sent by Steven Sherak who knows these judgments are real. I am willing to testify and put these representations in an affidavit and swear to this if necessary.

Thank-you in advance for your efforts.

Sincerely,

*Byron Gashler*

Byron Gashler

Sent from my iPhone
Begin forwarded message:
From: Stephen Sherak <ssherak@icloud.com>
Date: September 6, 2017 at 4:28:06 PM EDT
To: sarasotanell@gmail.com
Subject: hey just got this maybe it will make Kurt feel better


بنك ابوظبي التجاري
ADCB

## Final and Best Offer

11 minutes ago at 10:54 AM
From Abdul Shahaf Sayeed, Alain Marquees

To
Stephen Sherak
Mr. Sherak,
Our Legal and Acquisition Dept. has gone over all the documents you have provided, pending the filing and option clause you agreed to ADCB will offer the sum of $281,033,000.21 for the full share values of the impending file. Please have Jacqueline contact the R/A dept as soon as you agree to terms. The closing and disbursment day could be as soon as Oct 11, 2017. We need (30) days for legal recourse. Have a good day and please let us know ASAP.

AS Sayeed
Abu Dhabi Commercial Bank Building,
Shk Zayed street.
P. O. Box: 939, Abu Dhabi
United Arab Emirates
Reuter Monitor & Dealing : ADCU
Reuter Commentary: ADCT
Telerate Code : 3358
Telephone : +971 2 6962222

**WARNING -- FRAUDULENT FUNDING INSTRUCTIONS**
**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your Bank officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent, to an incorrect bank account.**

Stephen Sherak <ssherak@me.com>

9:13 PM   Jan. 12, 2018

to: Byron Gashler

FYI- if Kurt's feelings about me have changed and he and his family and friends want nothing to do with me that's his prerogative. What transpired with the federal government and myself Kurt was unaware. I wish you the best in bankrupting the feds. When and if you get copies of the original judgment there are a few names of others that signed off on the abatement and final judgement and honestly that's the reason you are finding it impossible to get. You do realize that Joan Donahues chamber contacts the original attorney pending any and all questions and your information was relayed through her office. If you would like help just ask Kurt to respond to Nicole's letter. Once I hear his wish is my command. But I have to say I find it irresponsible to feel mad at me after almost getting me out back into prison and being the reason I stayed an extra 8 months. So hope to hear back

Stephen