# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

**DATE:** September 25, 2018    **DAY:** 2    **CASE NO.** 18-cr-40043-JPG-1

**PRESIDING: HONORABLE. J. PHIL GILBERT**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s), | **CONVENED:** 8:30 AM |
| vs. | **ADJOURNED:** 5:10 PM |
| KURT F. JOHNSON, | **CRIMINAL:** X |
| Defendant(s). | **RECESS:** 12:00 PM – 1:00 PM |

**Counsel for Plaintiff:** Michael J. Quinley

**Counsel for Defendant:** Pro se

**PLAINTIFF(s) WITNESSES:**
(1) William True resumes testimony         time: 8:34 AM – 9:15AM
(2) Nell Leffel                            time: 9:16 AM – 10:55AM
(3) Kathy Hill                             time: 11:05 AM – 2:11 PM
(4) Steven Andew Jeschke                   time: 2:55 PM – 3:12 PM
(5) Gary Burgess                           time: 3:13 PM – 3:48 PM
(6) Jason Simmons                          time: 3:49 PM – 4:18 PM
(7) Clinton Bigham                         time: 4:19 PM – 4:48 PM

**Government rests:** 4:21 PM

**DEFENDANT(s) WITNESSES:**
(1) Michael Puckett                        time: 4:26 PM – 4:28 PM

**PRELIMINARY MATTERS:**
Out of the presence of the jury, a conference is held to finalize jury instructions. A record is made.

Jury Trial set to resume on **September 26, 2018 at 8:00 AM** in Benton Courthouse before the Honorable J. Phil Gilbert.