# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

**DATE:** September 26, 2018  **DAY:** 3  **CASE NO.** 18-cr-40043-JPG-1

**PRESIDING:** HONORABLE. J. PHIL GILBERT

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff(s), | |
| vs. | **CONVENED:** 8:00 AM <br> **ADJOURNED:** 3:40 PM |
| **KURT F. JOHNSON,** | **CRIMINAL:** X |
| Defendant(s). | **RECESS:** 12:00 PM – 1:00 PM |

**Counsel for Plaintiff:** Michael J. Quinley

**Counsel for Defendant:** Pro se

**DEFENDANT(s) WITNESSES:**
(1)  Kurt F. Johnson                                                                 time: 9:05 AM – 12:00 PM

**Defense rests:** 12:00 p.m.

**Defendant's Motion to Dismiss Indictment (doc 35) is Denied as untimely.**

**JURY INSTRUCTIONS READ:** 1:17 p.m.

**FINAL ARGUMENT:**
Michael J. Quinley on behalf of Government from 1:34 p.m. – 2:03 p.m.
Kurt F. Johnson, Defendant from 2:12 p.m. – 2:27 p.m.
Michael J. Quinley on behalf of Government from 2:28 p.m. – 2:34 p.m.

**MARSHAL SWORN:** 2:35 p.m.
**JURY RETIRES:** 2:35 p.m.
**JURY RETURNS:** 3:27 p.m.
**VERDICT GIVEN TO COURT:** 3:28 p.m.
**VERDICT READ:** 3:29 p.m.
**JURY POLLED:** 3:30 p.m.

**VERDICT:** Defendant is found Guilty as to Counts 1-4 of the Indictment.

**JURY EXCUSED:** 3:32 p.m.

**DISPOSITION SET FOR** January 3, 2019 at 10:00 a.m. in Benton, Illinois before Honorable J. Phil Gilbert.

**The Government moves to withdraw their exhibits.**

**The Court grants the oral motion to withdraw exhibits.**

**EXHIBITS WITHDRAWN:** X