IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 18-CR-40043-JPG |
| | ) | |
| KURT F. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## VERDICT

We, the jury, find the defendant, KURT F. JOHNSON, ___Guilty___
(Guilty/Not Guilty)

of Bankruptcy Fraud, as charged in Count 1 of the Indictment.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,      )
                               )
      Plaintiff,               )
                               )
      vs.                      )     CRIMINAL NO. 18-CR-40043-JPG
                               )
KURT F. JOHNSON,               )
                               )
      Defendant.               )

## **VERDICT**

We, the jury, find the defendant, KURT F. JOHNSON, ___Guilty___
                                            (Guilty/Not Guilty)

of Bankruptcy Fraud, as charged in Count 2 of the Indictment.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,           )
                                   )
       vs.                         )          CRIMINAL NO. 18-CR-40043-JPG
                                   )
KURT F. JOHNSON,                   )
                                   )
              Defendant.           )

## **VERDICT**

We, the jury, find the defendant, KURT F. JOHNSON, __Guilty_____

                                                    (Guilty/Not Guilty)

of False Declaration in Bankruptcy, as charged in Count 3 of the Indictment.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CRIMINAL NO. 18-CR-40043-JPG |
| | ) |
| KURT F. JOHNSON, | ) |
| | ) |
| Defendant. | ) |

## **VERDICT**

We, the jury, find the defendant, KURT F. JOHNSON, ____*Guilty*____
(Guilty/Not Guilty)

of False Declaration in Bankruptcy, as charged in Count 4 of the Indictment.