# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| United States of America,  ) | Case number: 18-cr-40043-JPG-1 |
| Plaintiff(s),  ) |  |
| vs.  ) |  |
| Kurt F. Johnson,  ) |  |
| Defendant(s).  ) |  |

## STIPULATION FOR RELEASE OF EXHIBITS

It is hereby stipulated by and between plaintiff and defendant, through their respective attorneys, that the exhibits tendered in the above-styled matter be released to the care, custody, and control of the attorney of record for each party, until final judgment, appeal, or motion for new trial has passed.

It is further stipulated that the undersigned attorneys are designated as custodians of the exhibits listed on the attached Exhibit List, and that upon request of the Clerk of Court, they shall deliver said exhibit(s) to the Clerk forthwith.

_____
Michael Quinley, Attorney for Plaintiff

_____

Dated: September 26, 2018

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

United States of America
V.
Kurt F Johnson

**EXHIBIT AND WITNESS LIST**

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE<br>J. Phil Gilbert, U.S. District Judge | PLAINTIFF'S ATTORNEY<br>Michael J. Quinley | DEFENDANT'S ATTORNEY<br>Pro se |
|---|---|---|
| TRIAL DATE (S)<br>9/24/18; 9/25/18; 9/26/18 | COURT REPORTER<br>Stephanie Rennegarbe | COURTROOM DEPUTY<br>Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| WIT | | 9/24/2018 | | | Adam Hanna |
| 5 | | 9/24/2018 | X | X | Binder of 17-cv-1385-JPG Johnson v. Debtor |
| 7 | | 9/24/2018 | X | X | Binder of 17-cv-1010-DRH |
| 3 | | 9/24/2018 | X | X | Binder of 18-40014-LKG Regarding Will True case |
| 4 | | 9/24/2018 | X | X | Duplicate of exhibit 3, containing the Case 18-40015-LKG Re: Kathy Hill |
| 9 | | 9/24/2018 | X | X | International Court of Justice (ICJ) Frequently Asked Questions website |
| 9A | | 9/24/2018 | X | X | ICJ Current Members website |
| 10 | | 9/24/2018 | X | X | ICJ Decisions from 2015 through 2017 website |
| 11 | | 9/24/2018 | X | X | Library of Congress Letter on Treaty search |
| 12 | | 9/24/2018 | X | X | Treaties in Force 2017- US State Department |
| 13 | | 9/24/2018 | X | X | Treaties in Force 2001- US State Department |
| 1 | | 9/24/2018 | X | X | Involuntary Bankruptcy Petition against William True 18-40014-LKG |
| 2 | | 9/24/2018 | X | X | Involuntary Bankruptcy Petition against Kathy Hill 18-40015-LKG |
| 6A | | 9/24/2018 | X | X | Binder of 18-cv-783-NJR, Johnson v. True |
| 6B | | 9/24/2018 | X | X | Binder of 18-cv-784-NJR, Johnson v. Hill |
| 8 | | 9/24/2018 | X | X | Binder of 15-525-NJR Johnson v. Postmater General |
| 14 | | 9/24/2018 | X | X | True Letter - Howard Buick "Due to your recent credit situation" |
| 15 | | 9/24/2018 | X | X | True Letter - Debt Education |
| 33 | | 9/24/2018 | X | X | Court Security Act Notice 10/18/2017 |
| 42A | | 9/24/2018 | X | X | True 1099C Cancellation of Debt Copy B |
| WIT | | 9/24/2018 | | | William True |
| WIT | | 9/25/2018 | | | Nell Leffel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

outhern  DISTRICT OF  Illinois

United States of America
V.
Kurt F Johnson

**EXHIBIT AND WITNESS LIST**

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE J. Phil Gilbert, U.S. District Judge | | | PLAINTIFF'S ATTORNEY Michael J. Quinley | | DEFENDANT'S ATTORNEY Pro se |
|---|---|---|---|---|---|
| TRIAL DATE (S) 9/24/18; 9/25/18; 9/26/18 | | | COURT REPORTER Stephanie Rennegarbe | | COURTROOM DEPUTY Tina Gray |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 50 | | 9/25/2018 | X | X | Johnson Mail to Nell Leffel (Florida) 12-6-2017 |
| 48 | | 9/25/2018 | X | X | Johnson Mail to Nell Leffel (Florida) 8-11-2017 |
| | 1 | 9/25/2018 | X | X | Email from 13177081 to Nell Leffel dated 8/14/2017 |
| | 2 | 9/25/2018 | X | X | Check #795 payable to Faith Sherak from Nell Leffel |
| WIT | | 9/25/2018 | | | Kathy Hill |
| 16 | | 9/25/2018 | X | X | Hill Letter - Howard Buick |
| 17 | | 9/25/2018 | X | X | Hill Letter - Debt Education |
| 18 | | 9/25/2018 | X | X | Hill Letter - Sage Personal Finance |
| 19 | | 9/25/2018 | X | X | Hill Letter - Jimmy Kavadas |
| 20 | | 9/25/2018 | X | X | Hill Letter - Henderson GMC Trucks |
| 21 | | 9/25/2018 | X | X | Hill Letter - Landmark Automotive Group |
| 22 | | 9/25/2018 | X | X | Hill Letter - Urgent: Time Sensitive |
| 23 | | 9/25/2018 | X | X | Hill Letter - Bob Brady Auto Mall |
| 51 | | 9/25/2018 | X | X | Ch 7 Bankruptcy vehicle program Jimmy Kavadas |
| 52 | | 9/25/2018 | X | X | Notification Auto Financing Volkswagen of Marion |
| 53 | | 9/25/2018 | X | X | Letter from Charlle Byrd and Ashlee Church dated 3/14/2018 |
| 54 | | 9/25/2018 | X | X | Letter from Charlle Byrd and Ashlee Church dated 4/6/2018 |
| 55 | | 9/25/2018 | X | X | Flyer from Volkswagen of Marion |
| 56 | | 9/25/2018 | X | X | Pre-Qualified Cash Coupon from State Finance of Marion, IL |
| 57 | | 9/25/2018 | X | X | Pre-Qualified Cash Coupon from State Finance of Marion, IL |
| 58 | | 9/25/2018 | X | X | Flyer from Volkswagen of Marion |
| 40 | | 9/25/2018 | X | X | Todd Sloop Non-Standard Form 105 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 5 Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   Illinois

United States of America
V.
Kurt F Johnson

**EXHIBIT AND WITNESS LIST**

Case Number:  18-cr-40043-JPG-1

| PRESIDING JUDGE<br>J. Phil Gilbert, U.S. District Judge | PLAINTIFF'S ATTORNEY<br>Michael J. Quinley | DEFENDANT'S ATTORNEY<br>Pro se |
|---|---|---|
| TRIAL DATE (S)<br>9/24/18; 9/25/18; 9/26/18 | COURT REPORTER<br>Stephanie Rennegarbe | COURTROOM DEPUTY<br>Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 24 |  | 9/25/2018 | X | X | Hill 11-25-2016 Sherak Incident Report |
| 26 |  | 9/25/2018 | X | X | Letter instructions listing 30 BOP employees |
| 27 |  | 9/25/2018 | X | X | Johnson Letter to Monya |
| 28 |  | 9/25/2018 | X | X | Johnson Letter to IRS 12-10-2016 |
| 29 |  | 9/25/2018 | X | X | Johnson Letter to IRS 12-12-2016 |
| 30 |  | 9/25/2018 | X | X | Johnson Criminal Complaint 11-19-2016 |
| 31 |  | 9/25/2018 | X | X | Johnson Notice of Administrative Demand as Affidavit 2-10-2016 |
| 32 |  | 9/25/2018 | X | X | Johnson Letter to Dear Pop 11-19-2016 |
| 42B |  | 9/25/2018 | X | X | Hill 1099C Cancellation of Debt Copy B |
| 34 |  | 9/25/2018 | X | X | Envelope 1 addressed to US District Court, ESL, IL |
| 35 |  | 9/25/2018 | X | X | Envelope 2 addressed to US District Court, ESL, IL |
| 36 |  | 9/25/2018 | X | X | Envelope 3 addressed to US District Court, Kansas City, KS |
| 37 |  | 9/25/2018 | X | X | Envelope 4 addressed to US District Court, Washington DC |
| 38 |  | 9/25/2018 | X | X | Envelope 5 addressed to US District Court, Indianapolis, IN |
| 39 |  | 9/25/2018 | X | X | Envelope 6 addressed to US District Court, Martinsburg, WV |
|  | 4 | 9/25/2018 | X | X | Email from 13177081 to Kathy Hill dated 7/31/2015 |
| WIT |  | 9/25/2018 | X | X | Steven Andrew Jeschke |
| 44 |  | 9/25/2018 | X | X | Johnson Letter to Jeschke 1-19-2018 |
| 45 |  | 9/25/2018 | X | X | Johnson Letter to Jeschke 3-16-2018 |
| WIT |  | 9/25/2018 | X | X | Gary Burgess |
| 42 |  | 9/25/2018 | X | X | Certified Envelope from Arizona to USP, Marion, IL |
| 41 |  | 9/25/2018 | X | X | Summary of same for 40 BOP employees contained in Exhibits 34, 36, 37, 38 and 39 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 5 Pages

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    Illinois

United States of America
V.
Kurt F Johnson

# EXHIBIT AND WITNESS LIST

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE<br>J. Phil Gilbert, U.S. District Judge | | | PLAINTIFF'S ATTORNEY<br>Michael J. Quinley | | DEFENDANT'S ATTORNEY<br>Pro se |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>9/24/18; 9/25/18; 9/26/18 | | | COURT REPORTER<br>Stephanie Rennegarbe | | COURTROOM DEPUTY<br>Tina Gray |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 47 | | 9/25/2018 | X | X | Johnson CMU referral 12-28-2012 |
| WIT | | 9/25/2018 | | | Jason Simmons |
| 49 | | 9/25/2018 | X | X | Johnson Letter to Monya Ballah (Arizona) 10-12-2017 |
| WIT | | 9/25/2018 | | | Clinton Bigham |
| WIT | | 9/25/2018 | | | Michael Puckett |
| | WIT | 9/26/2018 | | | Kurt Johnson |
| | 5 | 9/26/2018 | X | X | Waiver of Claim - Non Disclosure Agreement dated 3/15/2016 |
| | 6 | 9/26/2018 | X | X | Letter to the Honorable Joan Donahue dated 6/6/2016 |
| | 7 | 9/26/2018 | X | X | US Dept of Justice, Memorandum from J.L. Simmons to Warden True dated 10/3/2017 |
| | 8 | 9/26/2018 | X | X | US Dept of Justice, Memorandum from J.L. Simmons to Warden True dated 1/17/2018 |
| | 9 | 9/26/2018 | X | X | Letter from Byron Gashler to USDC Clerk of Court dated 9/22/2018 |
| | 10 | 9/26/2018 | X | X | Email from Nell Leffel to ADCB dated 9/6/2017 |
| | 11 | 9/26/2018 | X | X | US Dept of Justice - Discipline Hearing Officer Report dated 5/8/2015 |
| | 12 | 9/26/2018 | X | X | Registered Mail to Postmaster General dated 7/6/2016 |
| | 13 | 9/26/2018 | X | X | Registered Mail to USDC dated 9/28/2015 |
| | 14 | 9/26/2018 | X | X | US Dept of Justice Returned Correspondence dated 8/8/2018 |
| | 15 | 9/26/2018 | X | X | Email from Myrian Primera to 13177081 dated 9/26/2017 |
| | 16 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/7/2017 |
| | 17 | 9/26/2018 | X | X | Email from 13177081 to Faith Sherak dated 9/4/2018 |
| | 18 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/26/2017 |
| | 19 | 9/26/2018 | X | X | Email from 13177081 to Faith Sherak dated 11/7/2017 |
| | 20 | 9/26/2018 | X | X | Email from Myrian Primera to 13177081 dated 9/24/2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

## UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  Illinois

United States of America
V.
Kurt F Johnson

# EXHIBIT AND WITNESS LIST

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE<br>J. Phil Gilbert, U.S. District Judge | | PLAINTIFF'S ATTORNEY<br>Michael J. Quinley | | DEFENDANT'S ATTORNEY<br>Pro se | |
|---|---|---|---|---|---|
| TRIAL DATE (S)<br>9/24/18; 9/25/18; 9/26/18 | | COURT REPORTER<br>Stephanie Rennegarbe | | COURTROOM DEPUTY<br>Tina Gray | |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|  | 21 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/28/2017 |
|  | 22 | 9/26/2018 | X | X | Email from Myrian Primera to 13177081 dated 9/19/2017 |
|  | 23 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 10/1/2017 |
|  | 24 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/7/2017 |
|  | 25 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/26/2017 |
|  | 26 | 9/26/2018 | X | X | Email from 13177081 to Deborah Walsh dated 9/7/2017 |
|  | 27 | 9/26/2018 | X | X | Email from 13177081 to Katherine Seireveld dated 10/16/2017 |
|  | 28 | 9/26/2018 | X | X | Email from 13177081 to Mrs. Hill dated 8/2/2018 |
|  | 29 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera and Deborah Welsh dated 9/10/2017 |
| 59 |  | 9/26/2018 | X | X | Postmaster General |
| 60 |  | 9/26/2018 | X | X | Involuntary Bankruptcy Procedure |
| 61 |  | 9/26/2018 | X | X | News Paper Article regarding Mr. Sherak's arrest |
| 62 |  | 9/26/2018 | X | X | Indictment of Steven Sherak |
| 63 |  | 9/26/2018 | X | X | Document pertaining to Sherak's arrest |
| 64 |  | 9/26/2018 | X | X | SIS Advisory |
| 65 |  | 9/26/2018 | X | X | Johnson California Lawsuit |
| 66 |  | 9/26/2018 | X | X | Statement of the Defendant |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5 of 5 Pages