AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

United States of America
V.
Kurt F Johnson

## EXHIBIT AND WITNESS LIST

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE<br>J. Phil Gilbert, U.S. District Judge | PLAINTIFF'S ATTORNEY<br>Michael J. Quinley | DEFENDANT'S ATTORNEY<br>Pro se |
|---|---|---|
| TRIAL DATE (S)<br>9/24/18; 9/25/18; 9/26/18 | COURT REPORTER<br>Stephanie Rennegarbe | COURTROOM DEPUTY<br>Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| WIT | | 9/24/2018 | | | Adam Hanna |
| 5 | | 9/24/2018 | X | X | Binder of 17-cv-1385-JPG Johnson v. Debtor |
| 7 | | 9/24/2018 | X | X | Binder of 17-cv-1010-DRH |
| 3 | | 9/24/2018 | X | X | Binder of 18-40014-LKG Regarding Will True case |
| 4 | | 9/24/2018 | X | X | Duplicate of exhibit 3, containing the Case 18-40015-LKG Re: Kathy Hill |
| 9 | | 9/24/2018 | X | X | International Court of Justice (ICJ) Frequently Asked Questions website |
| 9A | | 9/24/2018 | X | X | ICJ Current Members website |
| 10 | | 9/24/2018 | X | X | ICJ Decisions from 2015 through 2017 website |
| 11 | | 9/24/2018 | X | X | Library of Congress Letter on Treaty search |
| 12 | | 9/24/2018 | X | X | Treaties in Force 2017- US State Department |
| 13 | | 9/24/2018 | X | X | Treaties in Force 2001- US State Department |
| 1 | | 9/24/2018 | X | X | Involuntary Bankruptcy Petition against William True 18-40014-LKG |
| 2 | | 9/24/2018 | X | X | Involuntary Bankruptcy Petition against Kathy Hill 18-40015-LKG |
| 6A | | 9/24/2018 | X | X | Binder of 18-cv-783-NJR, Johnson v. True |
| 6B | | 9/24/2018 | X | X | Binder of 18-cv-784-NJR, Johnson v. Hill |
| 8 | | 9/24/2018 | X | X | Binder of 15-525-NJR Johnson v. Postmater General |
| 14 | | 9/24/2018 | X | X | True Letter - Howard Buick "Due to your recent credit situation" |
| 15 | | 9/24/2018 | X | X | True Letter - Debt Education |
| 33 | | 9/24/2018 | X | X | Court Security Act Notice 10/18/2017 |
| 42A | | 9/24/2018 | X | X | True 1099C Cancellation of Debt Copy B |
| WIT | | 9/24/2018 | | | William True |
| WIT | | 9/25/2018 | | | Nell Leffel |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

outhern DISTRICT OF Illinois

United States of America
V.
Kurt F Johnson

## EXHIBIT AND WITNESS LIST

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Phil Gilbert, U.S. District Judge | Michael J. Quinley | Pro se |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/24/18; 9/25/18; 9/26/18 | Stephanie Rennegarbe | Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 50 | | 9/25/2018 | X | X | Johnson Mail to Nell Leffel (Florida) 12-6-2017 |
| 48 | | 9/25/2018 | X | X | Johnson Mail to Nell Leffel (Florida) 8-11-2017 |
| | 1 | 9/25/2018 | X | X | Email from 13177081 to Nell Leffel dated 8/14/2017 |
| | 2 | 9/25/2018 | X | X | Check #795 payable to Faith Sherak from Nell Leffel |
| WIT | | 9/25/2018 | | | Kathy Hill |
| 16 | | 9/25/2018 | X | X | Hill Letter - Howard Buick |
| 17 | | 9/25/2018 | X | X | Hill Letter - Debt Education |
| 18 | | 9/25/2018 | X | X | Hill Letter - Sage Personal Finance |
| 19 | | 9/25/2018 | X | X | Hill Letter - Jimmy Kavadas |
| 20 | | 9/25/2018 | X | X | Hill Letter - Henderson GMC Trucks |
| 21 | | 9/25/2018 | X | X | Hill Letter - Landmark Automotive Group |
| 22 | | 9/25/2018 | X | X | Hill Letter - Urgent: Time Sensitive |
| 23 | | 9/25/2018 | X | X | Hill Letter - Bob Brady Auto Mall |
| 51 | | 9/25/2018 | X | X | Ch 7 Bankruptcy vehicle program Jimmy Kavadas |
| 52 | | 9/25/2018 | X | X | Notification Auto Financing Volkswagen of Marion |
| 53 | | 9/25/2018 | X | X | Letter from Charlie Byrd and Ashlee Church dated 3/14/2018 |
| 54 | | 9/25/2018 | X | X | Letter from Charlie Byrd and Ashlee Church dated 4/6/2018 |
| 55 | | 9/25/2018 | X | X | Flyer from Volkswagen of Marion |
| 56 | | 9/25/2018 | X | X | Pre-Qualified Cash Coupon from State Finance of Marion, IL |
| 57 | | 9/25/2018 | X | X | Pre-Qualified Cash Coupon from State Finance of Marion, IL |
| 58 | | 9/25/2018 | X | X | Flyer from Volkswagen of Marion |
| 40 | | 9/25/2018 | X | X | Todd Sloop Non-Standard Form 105 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

United States of America
V.
Kurt F Johnson

## EXHIBIT AND WITNESS LIST

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Phil Gilbert, U.S. District Judge | Michael J. Quinley | Pro se |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/24/18; 9/25/18; 9/26/18 | Stephanie Rennegarbe | Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 24 | | 9/25/2018 | X | X | Hill 11-25-2016 Sherak Incident Report |
| 26 | | 9/25/2018 | X | X | Letter instructions listing 30 BOP employees |
| 27 | | 9/25/2018 | X | X | Johnson Letter to Monya |
| 28 | | 9/25/2018 | X | X | Johnson Letter to IRS 12-10-2016 |
| 29 | | 9/25/2018 | X | X | Johnson Letter to IRS 12-12-2016 |
| 30 | | 9/25/2018 | X | X | Johnson Criminal Complaint 11-19-2016 |
| 31 | | 9/25/2018 | X | X | Johnson Notice of Administrative Demand as Affidavit 2-10-2016 |
| 32 | | 9/25/2018 | X | X | Johnson Letter to Dear Pop 11-19-2016 |
| 42B | | 9/25/2018 | X | X | Hill 1099C Cancellation of Debt Copy B |
| 34 | | 9/25/2018 | X | X | Envelope 1 addressed to US District Court, ESL, IL |
| 35 | | 9/25/2018 | X | X | Envelope 2 addressed to US District Court, ESL, IL |
| 36 | | 9/25/2018 | X | X | Envelope 3 addressed to US District Court, Kansas City, KS |
| 37 | | 9/25/2018 | X | X | Envelope 4 addressed to US District Court, Washington DC |
| 38 | | 9/25/2018 | X | X | Envelope 5 addressed to US District Court, Indianapolis, IN |
| 39 | | 9/25/2018 | X | X | Envelope 6 addressed to US District Court, Martinsburg, WV |
| | 4 | 9/25/2018 | X | X | Email from 13177081 to Kathy Hill dated 7/31/2015 |
| WIT | | 9/25/2018 | X | X | Steven Andrew Jeschke |
| 44 | | 9/25/2018 | X | X | Johnson Letter to Jeschke 1-19-2018 |
| 45 | | 9/25/2018 | X | X | Johnson Letter to Jeschke 3-16-2018 |
| WIT | | 9/25/2018 | X | X | Gary Burgess |
| 42 | | 9/25/2018 | X | X | Certified Envelope from Arizona to USP, Marion, IL |
| 41 | | 9/25/2018 | X | X | Summary of same for 40 BOP employess contained in Exhibits 34, 36, 37, 38 and 39 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

United States of America
V.
Kurt F Johnson

## EXHIBIT AND WITNESS LIST

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Phil Gilbert, U.S. District Judge | Michael J. Quinley | Pro se |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/24/18; 9/25/18; 9/26/18 | Stephanie Rennegarbe | Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 47 | | 9/25/2018 | X | X | Johnson CMU referral 12-28-2012 |
| WIT | | 9/25/2018 | | | Jason Simmons |
| 49 | | 9/25/2018 | X | X | Johnson Letter to Monya Ballah (Arizona) 10-12-2017 |
| WIT | | 9/25/2018 | | | Clinton Bigham |
| WIT | | 9/25/2018 | | | Michael Puckett |
| | WIT | 9/26/2018 | | | Kurt Johnson |
| | 5 | 9/26/2018 | X | X | Waiver of Claim - Non Disclosure Agreement dated 3/15/2016 |
| | 6 | 9/26/2018 | X | X | Letter to the Honorable Joan Donahue dated 6/6/2016 |
| | 7 | 9/26/2018 | X | X | US Dept of Justice, Memorandum from J.L. Simmons to Warden True dated 10/3/2017 |
| | 8 | 9/26/2018 | X | X | US Dept of Justice, Memorandum from J.L. Simmons to Warden True dated 1/17/2018 |
| | 9 | 9/26/2018 | X | X | Letter from Byron Gashler to USDC Clerk of Court dated 9/22/2018 |
| | 10 | 9/26/2018 | X | X | Email from Nell Leffel to ADCB dated 9/6/2017 |
| | 11 | 9/26/2018 | X | X | US Dept of Justice - Discipline Hearing Officer Report dated 5/8/2015 |
| | 12 | 9/26/2018 | X | X | Registered Mail to Postmaster General dated 7/6/2016 |
| | 13 | 9/26/2018 | X | X | Registered Mail to USDC dated 9/28/2015 |
| | 14 | 9/26/2018 | X | X | US Dept of Justice Returned Correspondence dated 8/8/2018 |
| | 15 | 9/26/2018 | X | X | Email from Myrian Primera to 13177081 dated 9/26/2017 |
| | 16 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/7/2017 |
| | 17 | 9/26/2018 | X | X | Email from 13177081 to Faith Sherak dated 9/4/2018 |
| | 18 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/26/2017 |
| | 19 | 9/26/2018 | X | X | Email from 13177081 to Faith Sherak dated 11/7/2017 |
| | 20 | 9/26/2018 | X | X | Email from Myrian Primera to 13177081 dated 9/24/2017 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Illinois

United States of America
V.
Kurt F Johnson

## EXHIBIT AND WITNESS LIST

Case Number: 18-cr-40043-JPG-1

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| J. Phil Gilbert, U.S. District Judge | Michael J. Quinley | Pro se |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/24/18; 9/25/18; 9/26/18 | Stephanie Rennegarbe | Tina Gray |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 21 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/28/2017 |
| | 22 | 9/26/2018 | X | X | Email from Myrian Primera to 13177081 dated 9/19/2017 |
| | 23 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 10/1/2017 |
| | 24 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/7/2017 |
| | 25 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera dated 9/26/2017 |
| | 26 | 9/26/2018 | X | X | Email from 13177081 to Deborah Walsh dated 9/7/2017 |
| | 27 | 9/26/2018 | X | X | Email from 13177081 to Katherine Seireveld dated 10/16/2017 |
| | 28 | 9/26/2018 | X | X | Email from 13177081 to Mrs. Hill dated 8/2/2018 |
| | 29 | 9/26/2018 | X | X | Email from 13177081 to Myrian Primera and Deborah Welsh dated 9/10/2017 |
| 59 | | 9/26/2018 | X | X | Postmaster General |
| 60 | | 9/26/2018 | X | X | Involuntary Bankruptcy Procedure |
| 61 | | 9/26/2018 | X | X | News Paper Article regarding Mr. Sherak's arrest |
| 62 | | 9/26/2018 | X | X | Indictment of Steven Sherak |
| 63 | | 9/26/2018 | X | X | Document pertaining to Sherak's arrest |
| 64 | | 9/26/2018 | X | X | SIS Advisory |
| 65 | | 9/26/2018 | X | X | Johnson California Lawsuit |
| 66 | | 9/26/2018 | X | X | Statement of the Defendant |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.