Members of the jury, I will now instruct you on the law that you must follow in deciding this case. I will also give each of you a copy of these instructions to use in the jury room. You must follow all of my instructions about the law, even if you disagree with them. This includes any instructions I gave you before the trial, any instructions I gave you during the trial, and the instructions I am giving you now.

As jurors, you have two duties. Your first duty is to decide the facts from the evidence that you saw and heard here in court. This is your job, not my job or anyone else's job.

Your second duty is to take the law as I give it to you, apply it to the facts, and decide if the government has proved the defendant guilty beyond a reasonable doubt.

You must perform these duties fairly and impartially. Do not let sympathy, prejudice, fear, or public opinion influence you.

You must not take anything I said or did during the trial as indicating that I have an opinion about the evidence or about what I think your verdict should be.

OK

COURT'S JURY INSTRUCTION NO. 1

1.01   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

The charges against the defendant are in a document called an indictment. You will have a copy of the indictment during your deliberations.

The indictment in this case charges that the defendant committed the crimes of Bankruptcy Fraud and False Declaration in Bankruptcy. The defendant pled not guilty to the charges.

The indictment is simply the formal way of telling the defendant what crimes he is accused of committing.   It is not evidence that the defendant is guilty. It does not even raise suspicion of guilt.



COURT'S JURY INSTRUCTION NO. 2

1.02   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

The indictment charges that the crimes happened "on or about" January 8, 2018. The government must prove that the crime happened reasonably close to that date. The government is not required to prove that the crime happened on that exact date.

*Government's Proposed Jury Instruction No. 21*

*4.05 Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.) (modified)*
*"Date of Crime Charged"*

_____ withdrawn     ✓ given     _____ given as modified     _____ refused

The defendant has been accused of more than one crime.  The number of charges is not evidence of guilt and should not influence your decision.  You must consider each charge and the evidence concerning each charge separately.  Your decision on one charge, whether it is guilty or not guilty, should not influence your decision on any other charge.

*Government's Proposed Jury Instruction No. 22*

*4.06 Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.)*
*"Separate Consideration – One Defendant - Charged With Multiple Crimes"*

_____ withdrawn     ✓ given     _____ given as modified     _____ refused

The defendant is presumed innocent of the charge. This presumption continues throughout the case, including during your deliberations. It is not overcome unless, from all the evidence in the case, you are convinced beyond a reasonable doubt that the defendant is guilty as charged.

The government has the burden of proving the defendant's guilt beyond a reasonable doubt. This burden of proof stays with the government throughout the case.

The defendant is never required to prove his innocence. He is not required to produce any evidence at all.

COURT'S JURY INSTRUCTION NO. 3

1.03   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

You must make your decision based only on the evidence that you saw and heard here in court. Do not consider anything you may have seen or heard outside of court, including anything from the newspaper, television, radio, the Internet, or any other source.

The evidence includes only what the witnesses said when they were testifying under oath and the exhibits that I allowed into evidence.

In addition, you may recall that I took judicial notice of certain facts that may be considered as accurately and readily determined from sources whose accuracy cannot reasonably be questioned. You may accept those facts as proved, but you are not required to do so.

Nothing else is evidence. The lawyers' statements and arguments are not evidence. If what a lawyer said is different from the evidence as you remember it, the evidence is what counts. The lawyers' questions and objections likewise are not evidence.

A lawyer has a duty to object if he thinks a question is improper. If I sustained objections to questions the lawyers asked, you must not speculate on what the answers might have been.

If, during the trial, I struck testimony or exhibits from the record, or told you to disregard something, you must not consider it.

*Government's Proposed Jury Instruction No. 4*

*2.01 Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.) (modified)*
*"The Evidence"*
*(includes judicial notice, not stipulations)*
*See also Fed. R. Evid. 201(b)(2)*

_____ withdrawn      ✓ given      _____ given as modified      _____ refused

The defendant has decided to represent himself in this trial.  He has a constitutional right to do that.  His decision has no bearing on whether he is guilty or not guilty, and it must not affect your consideration of the case.

Because the defendant has decided to act as his own lawyer, you have heard him speak at various times during the trial. He may make an opening statement and closing argument.  He may ask questions of witnesses, make objections, and argue to the court.  I want to remind you that when the defendant speaks in these parts of the trial he is acting as his lawyer in the case.  The only evidence in this case comes from witnesses who testify under oath on the witness stand, from exhibits that are admitted, and facts judicially noticed.

*Government's Proposed Jury Instruction No. 5*

*Mod. Crim. Jury Instr. 3rd Cir. 1.18 (2018) (modified)*
*"Pro Se Defendant"*

\_\_\_\_\_ withdrawn      \_\_\_\_\_ given      \_\_\_\_\_ given as modified      \_\_\_\_\_ refused

Give the evidence whatever weight you decide it deserves. Use your common sense in weighing the evidence, and consider the evidence in light of your own everyday experience.

People sometimes look at one fact and conclude from it that another fact exists. This is called an inference. You are allowed to make reasonable inferences, so long as they are based on the evidence.

COURT'S JURY INSTRUCTION NO. 5

2.02   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

You may have heard the terms "direct evidence" and "circumstantial evidence." Direct evidence is evidence that directly proves a fact. Circumstantial evidence is evidence that indirectly proves a fact.

You are to consider both direct and circumstantial evidence. The law does not say that one is better than the other. It is up to you to decide how much weight to give to any evidence, whether direct or circumstantial.

COURT'S JURY INSTRUCTION NO. 6

2.03   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

Do not make any decisions simply by counting the number of witnesses who testified about a certain point.

You may find the testimony of one witness or a few witnesses more persuasive than the testimony of a larger number. You need not accept the testimony of the larger number of witnesses.

What is important is how truthful and accurate the witnesses were and how much weight you think their testimony deserves.

COURT'S JURY INSTRUCTION NO. 7

2.04   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

It is proper for an attorney to interview any witness in preparation for trial.

*Government's Proposed Jury Instruction No. 11*

*3.02 Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.)*
*"Attorney Interviewing Witness"*

\_\_\_\_\_ withdrawn      \_\_✓\_\_ given      \_\_\_\_\_ given as modified      \_\_\_\_\_ refused

You may consider evidence that the defendant was convicted of a crime only in deciding the believablity of his testimony.  You may not consider it for any other purpose.

*Government's Proposed Jury Instruction No. 14*

*3.06 Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.) (modified)*
*"Impeachment by Prior Conviction"*

_____ withdrawn       _____ given       _____ given as modified       _____ refused

You have heard testimony that the defendant committed crimes, acts, or wrongs other than the ones charged in the indictment – specifically, you have heard evidence that defendant attempted to cause the filing of fraudulent involuntary petitions under Title 11 bankruptcy proceedings and fraudulent IRS Forms 1099c, Cancellation of Debt.  Before using this evidence, you must decide whether it is more likely than not that the defendant did these crimes, acts, or wrongs that are not charged in the indictment.  If you decide that he did, then you may consider this evidence to help you decide the defendant's motive, preparation, plan, knowledge, and intent to defraud in relation to the crimes charged in the indictment.  You may not consider it for any other purpose.

*Government's Proposed Jury Instruction No. 16*

*3.11 Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.) (modified)*
*"Evidence of Other Crimes, Acts, or Wrongs"*
*See also Fed. R. Evid. 404(b)(2)*

_____ withdrawn     __✓__ given     _____ given as modified     _____ refused

A person acts knowingly if he realizes what he is doing and is aware of the nature of his conduct, and does not act through ignorance, mistake, or accident.  In deciding whether the defendant acted knowingly, you may consider all of the evidence, including what the defendant did or said.

*Government's Proposed Jury Instruction No. 23*

*4.10 Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.)*
*"Knowingly – Definition"*

_____ withdrawn     ✓_____ given     _____ given as modified     _____ refused

The indictment in Counts 1 and 2 charges the defendant with Bankruptcy Fraud.  In order for you to find the defendant guilty of this charge, the government must prove each of the following elements beyond a reasonable doubt:

1.      The defendant devised or intended to devise a scheme to defraud, as described in the indictment; and

2.      The defendant acted with the intent to defraud; and

3.      The defendant's act was material; that is, it had a natural tendency to influence, or was capable of influencing the acts of an identifiable person, entity, or group, such as creditors or credit reporting services; and

4.      The defendant filed a fraudulent involuntary petition under a Title 11 bankruptcy proceeding to carry out or attempt to carry out an essential part of the scheme.

It does not matter whether the scheme or plan was successful or that any money or property was obtained.

If you find from your consideration of all the evidence that the government has proved each of these elements beyond a reasonable doubt, then you should find the defendant guilty of that charge.

If, on the other hand, you find from your consideration of all the evidence that the government has failed to prove any one of these elements beyond a reasonable doubt, then you should find the defendant not guilty of that charge.

> *Government's Proposed Jury Instruction No. 24*
> *Ninth Circuit Model Criminal Jury Instruction 8.11 (2010) (modified)*
> *United States v. White, 737 F.3d 1121 (7th. Cir. 2013)*
> *Bankruptcy Fraud - Elements*

\_\_\_\_\_ withdrawn        ✓ given        \_\_\_\_\_ given as modified        \_\_\_\_\_ refused

A scheme is a plan or course of action formed with the intent to accomplish some purpose.

A scheme to defraud is a scheme that is intended to cheat another and to cause the potential loss of money or property to another by means of materially false representations.

*Government's Proposed Jury Instruction No. 25*

*18 U.S.C. §§ 1341 & 1343, Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.) (modified)*
*Definition of Scheme to Defraud*

_____ withdrawn        _____ given        _____ given as modified        _____ refused

A person acts with intent to defraud if he acts knowingly with the intent to cheat the victim by attempting to cause the potential loss of money or property to the victim.

*Government's Proposed Jury Instruction No. 26*

*18 U.S.C. §§ 1341 & 1343, Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.) (modified)*
*Definition of Intent to Defraud*

_____ withdrawn   ✔ given   _____ given as modified   _____ refused

The indictment in Counts 3 and 4 charges the defendant with False Declaration in Bankruptcy. In order for you to find the defendant guilty of this charge, the government must prove each of the following elements beyond a reasonable doubt:

1.      There was a bankruptcy proceeding, as described in the indictment; and

2.      The defendant made a declaration in relation to the bankruptcy proceeding; and

3.      The declaration related to some material matter; and

4.      The declaration was false; and

5.      The defendant made the declaration knowingly and fraudulently.

If you find from your consideration of all the evidence that the government has proved each of these elements beyond a reasonable doubt, then you should find the defendant guilty of that charge.

If, on the other hand, you find from your consideration of all the evidence that the government has failed to prove any one of these elements beyond a reasonable doubt, then you should find the defendant not guilty of that charge.

*Government's Proposed Jury Instruction No. 27*

*18 U.S.C. §§ 152(2) & (3), Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.) (modified)*
*False Declaration in Bankruptcy - Elements*

_____ withdrawn      ✓ given      _____ given as modified      _____ refused

A material matter is one that is capable of influencing the court, any creditor, or any credit reporting service.

The government is not required to prove that the statement actually influenced the court, any creditor, or any credit reporting service.

*Government's Proposed Jury Instruction No. 28*

*18 U.S.C. §§ 152(2) & (3), Seventh Circuit Pattern Criminal Jury Instruction*
*(2012 Ed.) (modified)*
*"False Declaration under Penalty of Perjury – Definition of Materiality"*

\_\_\_\_\_ withdrawn      \_\_\_✓\_\_ given      \_\_\_\_\_ given as modified      \_\_\_\_\_ refused

If you have taken notes during the trial, you may use them during deliberations to help you remember what happened during the trial.  You should use your notes only as aids to your memory. The notes are not evidence.  All of you should rely on your independent recollection of the evidence, and you should not be unduly influenced by the notes of other jurors.  Notes are not entitled to any more weight than the memory or impressions of each juror.

*Government's Proposed Jury Instruction No. 20*

*3.18 Seventh Circuit Pattern Criminal Jury Instruction (2012 Ed.)*
*"Juror Note-Taking"*

_____ withdrawn    ✓ given    _____ given as modified    _____ refused

Once you are all in the jury room, the first thing you should do is choose a foreperson. The foreperson should see to it that your discussions are carried on in an organized way and that everyone has a fair chance to be heard. You may discuss the case only when all jurors are present.

Once you start deliberating, do not communicate about the case or your deliberations with anyone except other members of your jury. You may not communicate with others about the case or your deliberations by any means. This includes oral or written communication, as well as any electronic method of communication, such as telephone, cell phone, smart phone, iPhone, Blackberry, computer, text messaging, instant messaging, the Internet, chat rooms, blogs, websites, or services like Facebook, MySpace, LinkedIn, YouTube, Twitter, or any other method of communication.

COURT'S JURY INSTRUCTION NO. 10

7.01   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

A verdict form has been prepared for you. You will take this form with you to the jury room.

When you have reached unanimous agreement, your foreperson will fill in the verdict form, and each of you will sign it.

COURT'S JURY INSTRUCTION NO. 11



7.02   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

The verdict must represent the considered judgment of each juror. Your verdict, whether it is guilty or not guilty, must be unanimous.

You should make every reasonable effort to reach a verdict. In doing so, you should consult with each other, express your own views, and listen to your fellow jurors' opinions. Discuss your differences with an open mind. Do not hesitate to re-examine your own view and change your opinion if you come to believe it is wrong. But you should not surrender your honest beliefs about the weight or effect of evidence just because of the opinions of your fellow jurors or just so that there can be a unanimous verdict.

The twelve of you should give fair and equal consideration to all the evidence. You should deliberate with the goal of reaching an agreement that is consistent with the individual judgment of each juror.

You are impartial judges of the facts. Your sole interest is to determine whether the government has proved its case beyond a reasonable doubt.

COURT'S JURY INSTRUCTION NO. 12

7.03   7TH CIRCUIT PATTERN CRIMINAL JURY INSTRUCTION

The defendant wore prison clothes throughout this trial. You cannot infer that the defendant is guilty in this case just because of a prior conviction that led to his current wardrobe. A prior conviction is not evidence of the commission of a crime in this case.

DEFENSE
PROPOSED JURY INSTRUCTION
18-cr-40043-JPG
September 21, 2018

 BURDEN   Withdrawn

1.    The accused in this case is not required to prove anything.  On the cont-
rary, the government, having accused KURT F. JOHNSON of the crimes of the ind-
ictment, have the full burden of proving guilt only on the evidence presented
beyond a reasonable doubt.  This burden remains on the government as to each
and every material or essential element of the crimes charged.

2.    The burden of proof never shift from the government to KURT F. JOHNSON.
It remains on the government from the beginning of trialuntil the full pendency
of the evidence  and its passage unto you for full deliberation.

3.    During your final deliberations, if the government have not borne their
burden of proof and the presumption of innocence of KURT F. JOHNSON has not been
overcome which convinces you beyond a reasonable doubt, then you must find KURT
F. JOHNSON not guilty.

4.    KURT F. JOHNSON in defense of the accusations is not required to offer evi-
dence of innocence, this is presumed until overcome by evidence.

5.   The indictment in this case is merely an accusation.  It is not evidence
of KURT F. JOHNSON'S guilt.

INFERRENCE   Given

6.    KURT F. JOHNSON was offered street clothes for trial.  This was rejected.
The conditions of confinement will or could be at issue in this case.  There-
fore street clothes would be an ineffective ruse inconsistent with the facts of
this trial.  Prison clothes will be worn through the pendency of this trial.
You are not to infer any guilt from the prior conviction that is the cause of
incarceration or the prison wardrobe.  A prior conviction is not evidence of the
commission of a crime in this accusation.  Prison clothes do not infer any less

page 1 of 2

rights than the Constitution protects for one not at liberty.

7.   KURT F. JOHNSON is not represented by an attorney. The court calls this
pro se. The Constitution gaurantees the right to cousel. This can be waived.
It was waived. You are not to use this waiver in any prejudicial fashion.

CHARGES   W/O

8.   In 152(3) the word "false" is not the element of the offense. The untruth
must be knowingly fraudulent. These are the essential elements that must be
proven beyond a reasonable doubt. The fact could be false and not violate this
statute.

9.   157 the word "defraud" has a commonlaw pedigry of well settled meaning.
Fraud requires a material misrepresentation or concealment of a material fact.

DEFENSE THEORY   W/O

10.  KURT F. JOHNSON is entitled to present a theory of defense for action or
inactions taken. The theory of the government's prison conditions, various ob-
structions, and conspiratorial concert creating this case is a theory and not
evidence. You are to weigh this theory and the government's theory of the case
against the evidence presented and make your own determination of credibility.

JURY NULLIFICATION   W/O

11.  Though you will be asked to judge the facts, at commonlaw the jury still
possesses their right of jury nullification. This right allows you to judge the
law itself for the sake of justice or the miscarriage of justice.

DISCLAIMER   W/O

Johnson was severely handicapped in the preparation and offer of these
jury instruction. The order for what is acceptable only arrived in the mail
on 9-20-18. Further there is no way for Johnson to access these "Pattern In-
struction. No time is provided to prepared these effectively and consciously.
The rush to trial has imposed this disadvantage along with many others.

page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,           )
                                    )
      Plaintiff,                    )
                                    )
      vs.                           )    CRIMINAL NO. 18-CR-40043-JPG
                                    )
KURT F. JOHNSON,                    )
                                    )
      Defendant.                    )

## **VERDICT**

    We, the jury, find the defendant, KURT F. JOHNSON, _____

                                                (Guilty/Not Guilty)

of Bankruptcy Fraud, as charged in Count 1 of the Indictment.

                                 _____

                                 FOREPERSON

                                 _____

                                 _____

                                 _____

                                 _____

                                 _____

                                 _____

                                 _____

                                 _____

                                 _____

                                 _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,       )
                                )
      Plaintiff,                )
                                )
      vs.                       )        CRIMINAL NO. 18-CR-40043-JPG
                                )
KURT F. JOHNSON,                )
                                )
      Defendant.                )

## **VERDICT**

    We, the jury, find the defendant, KURT F. JOHNSON, _____

                                                 (Guilty/Not Guilty)

of Bankruptcy Fraud, as charged in Count 2 of the Indictment.

                            _____
                            FOREPERSON

                            _____

                            _____

                            _____

                            _____

                            _____

                            _____

                            _____

                            _____

                            _____

                            _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )
vs.                          )        CRIMINAL NO. 18-CR-40043-JPG
                             )
KURT F. JOHNSON,             )
                             )
        Defendant.           )

## **VERDICT**

We, the jury, find the defendant, KURT F. JOHNSON, _____

                                                (Guilty/Not Guilty)

of False Declaration in Bankruptcy, as charged in Count 3 of the Indictment.

_____

FOREPERSON

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,        )
                                 )
     Plaintiff,                  )
                                 )
     vs.                         )        CRIMINAL NO. 18-CR-40043-JPG
                                 )
KURT F. JOHNSON,                 )
                                 )
     Defendant.                  )

## **VERDICT**

We, the jury, find the defendant, KURT F. JOHNSON, _____

                                            (Guilty/Not Guilty)

of False Declaration in Bankruptcy, as charged in Count 4 of the Indictment.

_____
FOREPERSON

_____

_____

_____

_____

_____

_____

_____

_____

_____