KURT JOHNSON 13177-081
P.O. BOX 33
TERRE HAUTE, IN 47808

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,                Case No.: 18-cr-40043-JPG

    Plaintiff,                        NOTICE OF OBSTRUCTION

V.

KURT JOHNSON,

    Defendant.
_____/

This is notice that the government by and through the employees of these secret prisons are using their office to obstruct justice. All outgoing mail requires a label to be processed. This label is generated through their computer system. On 8-5-19 the entered contact information for Judge Joan E. Donoghue was blocked preventing any communication from defendant to her. She possesses evidence material to guilt or innocence. The inability to contact her in pursuit of this evidence is obstruction. See Exhibit A for context.

The prosecution has already demonstrated no interest in contacting her, prefering to advance their presumption of guilt. The only hope of obtaining this evidence is through the defense. If this court of the appointed attorney (Elovitz) should fail to allow the use of discovery to overcome this obstruction then the defendant has been denied due process of law. This court already avoided this evidence by its rush to trial and the resulting lack of service of subpoena.

Though the evidence was better suited for trial is still is very valuable for mitigation.

8-7-19

Respectfully submitted,

By: _____
Executor-Kurt-F.-Johnson

page 1 of 1

FROM: 13177081
TO: Elovitz, Robert
SUBJECT: subpoena
DATE: 08/01/2019 09:36:55 AM

At these CMU facilities some entity known as CTU controls all our communications. They have a computer system where we input contact information and they approve, reject, block, or whatever they deem appropriate. Once approved we can generate a mailing label which they require for outgoing mail. 2 weeks ago I entered the address for judge Joan E. Donoghue with the intention of informal pursuit of the evidence she possesses for this case. You know that she can speak directly to the controversy at hand and overcome all the presumptions that have ruled this case thus far including your own which are now governing your actions. CTU has chosen to obstruct justice in this instance by ignoring this contact information and not approving it or processing it. Thereby preventing my communication. Their local agent a Mrs. Wheeler plays stupid and it does not get resolved. Time is an enemy to me because of the hearing dates so this obstruction's confiscation of time through delay is quickly eliminating this informal option. Therefore if it is not rectified by 8-5-19 I want you to issue a subpoena to have her appear with all her records. To include all emails and communications between her and the government and Elliot Weisner, along with the 9 question questionnaire she generated and dispersed. You can copy the subpoena that was issued for her for trial but was never served because of diplomatic concerns. You possess all the contact information CTU will not approve that will avoid diplomatic concerns this time. Whatever costs and embarrassments CTU creates by their obstruction is on them. Her evidence is necessary for this hearing. We can talk about this on our next call. Thank you.

Exhibit A